PLAINTIFF'S EXHIBIT

1

3:38

## Angela's Post

  **Angela Reading** · Nov 22 ·

**I welcome respectful debate if you read my entire post. Also, the below statements are made in my capacity as a private citizen/mother.** Last night, I attended an elementary "Math Night" My 7 YO daughter, while reading posters at the school's main entrance, asked me what "polysexual" means. To say the least, I was livid.

Why are elementary schools promoting/allowing elementary KIDS to research topics of sexuality and create posters? This is not in the state elementary standards (law) nor in the BOE-approved curriculum. It's perverse and should be illegal to expose my kids to sexual content. Look up the terms, and you will see they are sexual in nature.

Also, how can my young children be accepting of people "who are sexually attracted to multiple genders"? They don't know what sex is! Are adults talking about their sexual life with my kids and looking for affirmation?  Are there elementary students engaged in polyamorous or multi-gender sexual activity who need my kids to know about it and cheer them on? I am very confused and very angry.

Kids should respect differences. Kids should show kindness to all. Kids should respect and understand there are various family structures. However, kids should not be forced to learn about and accept concepts of sexuality in elementary school.

Below are some additional points:

(1) My concerns do not come from a religious perspective. They are rooted in long-standing

3:38

# Angela's Post

(1) My concerns do not come from a religious perspective. They are rooted in long-standing scientific principles of age-appropriateness, parental rights, and the health and safety of elementary children (key word - children).

(2) My concerns do not come from my personal views about individual sexual identities. I don't care what anyone does in their personal life. All people are deserving of respect and dignity. I don't care who you marry or who you love. I have instilled in my children a respect for differences without having to talk about sex. It's possible.

(3) I have been told (by parents and a current NH Board member) that I should accept this because my kids will see it on social media and hear it on the playground. My kids are not on social media. And kids are only talking about it on the playground because it's being forced on them by teachers, at home, and by unsupervised social media time.  With that said, It does not mean it should be endorsed by the public school system.  It also does not mean I should accept it.

(4) Parents have been told that they can opt out of the health curriculum. North Hanover has done an exceptional job of modifying the health curriculum to make it as appropriate as possible. Why go through all that trouble? Clearly, there is never going to be an opt-out. Our elementary children will be exposed to sexual content without consent, even if we opt out.

(5) There is no way elementary students knew the spelling and flags for each of these identities. This means the school had open internet, which exposed them to these concepts. That's very concerning.

3:38

**Angela's Post**

(5) There is no way elementary students knew the spelling and flags for each of these identities. This means the school had open internet, which exposed them to these concepts. That's very concerning. There are supposed to be online search protections.

The above statements are made in my capacity as a private citizen and not in my capacity as a board member. These statements are also not representative of the board or its individual members and solely represent my personal opinions. My statements are not authorized by or written on behalf of the board. This matter involves the local public school district, I do not serve on the board.

😮👍😠 Hope Gr and 7 others          54 comments

👍 Like                         💬 Comment



1 comment

👍 Like                         💬 Comment

PLAINTIFF'S
EXHIBIT

2

| From: | Chris <mud_puppie@yahoo.com> |
|---|---|
| Sent: | Wednesday, November 23, 2022 9:40 AM |
| To: | Sally Lopez; Janice Sarcomo |
| Cc: | Michele Mazakas; Ellen Deerberg; Renee Farrar; Jackie Halaw; Anna Fe Rebadavia; Christina Hoggan; ████████ Kristin Goldmacher; Rachelle Guevara; Tinamaree5; dmshyner18@comcast.net; radiah gamble; Alyssa Joyce; Brian Wolverton; Ensaf Robbins; andreakatz13@gmail.com; schillingfive@yahoo.com; Jacqueline Martini (John O'Leary) (Nokia - US/Murray Hill) |
| Subject: | Re: No Place for Hate Meeting |

CAUTION:  This is email originated from outside of the organization.  Please exercise caution when clicking links, opening attachments, or providing personal information.

Good Morning Everyone,

I just wanted to share some thoughts after seeing Mrs. Reading's post. Her post is filled with too many logical fallacies to list. She continues to try to over sexualize things that don't need to be in an attempt to stir emotions of those that know little about the subject (such as herself) to give her arguments more power.  She picked an isolated, outdated definition that leaves out physical and romantic attraction, while most organizations now define polysexual as simply an attraction to many genders and identities.

She's getting upset and angry of her own ignorance on the matter and not having the proper resources and/or education on the matter upon which she is posting about. When you start with an incorrect definition it takes you on the incorrect path and this can be seen in her "additional points".

1)    She makes claims stating they are based on scientific principles about health and safety but proper education on terms improves understanding and inclusiveness leading to a safer, healthier environment for everyone.

2)    She states that it is possible to talk about differences without talking about sex, yet her whole her argument was based on sexualizing a term that doesn't need to be sexualized to understand it.

3)    She's still focused on her sexual view of the term, this time attacking teachers and parents. She fails to consider what is actually taught about the term and that children at the school might come from a family that has members that identify as poly or something else that she doesn't have knowledge or experience in.

4)    Again she talks about sexual content when the term does not need to be sexualized.

5)    She makes the assumption that no students in the school come from a family, attends a church or has any connection to people that are LGBTQIA+ and therefore must have gotten it from the internet at school. This logical fallacy sets the foundation for future unnecessary restrictions on media. This is a very closed minded and ignorant view that also leads to increased HIB incidents.

While she also states that this post is made in her capacity as a private citizen, it shows her underlying views and thought process when making decisions on School BOE issues and that is very concerning.


Chris Schilling

PLAINTIFF'S
EXHIBIT

**3**

| | |
|---|---|
| **From:** | Chris <mud_puppie@yahoo.com> |
| **Sent:** | Friday, November 25, 2022 8:55 AM |
| **To:** | Janice Sarcomo; Anna Fe Rebadavia |
| **Cc:** | Michele Mazakas; Tina Janis; Sally Lopez; Ellen Deerberg; Renee Farrar; Jackie Halaw; Christina Hoggan; ████████ Kristin Goldmacher; Rachelle Guevara; dmshyner18 @comcast.net; radiah gamble; Alyssa Joyce; Brian Wolverton; Ensaf Robbins; Andrea Katz; schillingfive@yahoo.com; Jacqueline Martini (John O'Leary) (Nokia - US/Murray Hill); shamitada@yahoo.com |
| **Subject:** | Re: No Place for Hate Meeting |

CAUTION: This is email originated from outside of the organization. Please exercise caution when clicking links, opening attachments, or providing personal information.

I hope everyone has a wonderfully full Thanksgiving!

I have found that Angela has posted her complaint on other Facebook pages with pictures of all the posters that show the school name and engaged in dialogue about how "horrible" and "disgusting" the display is, how upset her husband as BOE president is, and how she is pulling her children out of the school system.

At what point does this justify an ethics complaint? While she makes her required statement that these are her personal opinions, the danger her actions could pose for the community by stirring up right wing extremists is very concerning. While this was not confidential information, her sharing could needlessly injure the school and others in the community. If she had a complaint she knows the proper channels to seek redress but chose multiple social media groups.

Chris

PLAINTIFF'S
EXHIBIT

**4**

| | |
|---|---|
| **From:** | Chris <mud_puppie@yahoo.com> |
| **Sent:** | Sunday, November 27, 2022 10:39 PM |
| **To:** | Tina Janis; Ellen Deerberg |
| **Cc:** | Janice Sarcomo; Anna Fe Rebadavia; Michele Mazakas; Sally Lopez; Renee Farrar; Jackie Halaw; Christina Hoggan; ███████ Kristin Goldmacher; Rachelle Guevara; dmshyner18@comcast.net; radiah gamble; Alyssa Joyce; Brian Wolverton; Ensaf Robbins; Andrea Katz; schillingfive@yahoo.com; Jacqueline Martini (John O'Leary) (Nokia - US/Murray Hill); shamitada@yahoo.com |
| **Subject:** | Re: No Place for Hate Meeting |

CAUTION:  This is email originated from outside of the organization.  Please exercise caution when clicking links, opening attachments, or providing personal information.


Tina,

I will be there and have already prepared a statement in support of your daughter's poster. I have another statement to make at the Northern Burlington BoE meeting the night before. I am also reaching out to other resources in the area to gather support for this issue.

Chris


Sent from Yahoo Mail for iPhone

PLAINTIFF'S EXHIBIT

5

| | |
|---|---|
| **From:** | Chris <mud_puppie@yahoo.com> |
| **Sent:** | Tuesday, November 29, 2022 5:07 PM |
| **To:** | Anna Fe Rebadavia; Shamita Alwani |
| **Cc:** | Catherine; Tina Janis; Ellen Deerberg; Janice Sarcomo; Michele Mazakas; Sally Lopez; Renee Farrar; Jackie Halaw; Christina Hoggan;        Kristin Goldmacher; Rachelle Guevara; dmshyner18@comcast.net; radiah gamble; Alyssa Joyce; Brian Wolverton; Ensaf Robbins; Andrea Katz; schillingfive@yahoo.com; Jacqueline Martini (John O'Leary) (Nokia - US/Murray Hill) |
| **Subject:** | Re: No Place for Hate Meeting |

I'm pretty sure she violated this district policy. I highlighted a person in the fifth paragraph. Let me know your thoughts.

Active Policies - 160 Mansfield Road East | Columbus, NJ 08022 | Phone: (609) 298-3900 BoardDocs® Pro

0169.02 BOARD MEMBER USE OF SOCIAL NETWORKS

In accordance with the School Ethics Act - N.J.S.A. 18A:12-21 et seq., Board of Education members must avoid conduct which is in violation of the public trust or which creates a justifiable impression among the public that such trust is being violated. To avoid conduct that may be in violation or perceived to be in violation of the School Ethics Act, the Board of Education adopts this Policy to provide guidance to Board members in their use of social networks.

For the purposes of this Policy, "social network(s)" shall include, but not be limited to: Internet blogs, electronic bulletin boards, emails, social networking websites, text messages, or any other online platform where people may post or communicate interests, opinions, or any other information that may be viewed by others with or without permission from the person making such post or re-publishing such post. "Social networks" also means an Internet-based service that allows individuals to: construct a public or semi-public profile in a bounded system created by the service; create a list of other users with whom they share a connection within the system; and view and navigate their list of connections and those made by others within the system.

For the purposes of this Policy, "use of a social network" shall include, but not be limited to: posting to a social network, reposting another person's post to a social network, messaging, or any other publication of material on a social network.

Nothing in this Policy prevents a Board of Education member from using a social network. However, a Board member must avoid conduct on a social network that would violate the School Ethics Act – N.J.S.A. 18A:12-21 et seq., which includes the Code of Ethics for Board Members. Board members should be advised communications, publications, photographs, and any other information posted by the Board member or reposted by the Board member on a social network could violate the School Ethics Act and be cause for sanctions in accordance with the law.

While this Policy respects the right of Board members to use social networks, **Board members shall recognize they are held to a higher standard than the general public with regard to standards of conduct and ethics. A Board member's use of social networks shall not damage the reputation of the school district, employees, students, or their families.** Board members who use social networks shall ensure their conduct is appropriate for a Board of Education member. Board members should exercise care in setting appropriate boundaries between their personal and public online behavior, understanding what is private in the digital world often has the possibility of becoming public, even without their knowledge or consent.

Board members should carefully review the privacy settings on social networks they use and exercise care and good judgment when posting content and information. When using social networks, Board members are advised to:

1. Not post anything that would violate any of the district's policies for Board members;

2.    Uphold the district's value of respect for any individual(s) and avoid making defamatory statements about the Board of Education, the school district, employees, students, or their families;

3.    Not disclose any confidential information about the school district or confidential information obtained as a result of being a Board member, about any individual(s) or organization, including students and/or their families;

4.    Not use or refer to their Board of Education title or position when soliciting for a business organization that he or she or any immediate family member has an interest in, as well as posting or referencing any confidential information regarding the Board of Education or the school district obtained through their Board membership, unless authorized by law;

5.    Refrain from having communications through social networks with other Board members regarding any Board of Education business to avoid any potential violation of the New Jersey Open Public Meetings Act;

6.    Not respond to any postings regarding Board of Education or school district business or respond to any question or inquiry posted to the Board member or posted on any social network regarding Board of Education or school district business and shall refer any such questions or inquiries to the Superintendent of Schools to address, as appropriate; or

7.    Not post any information on a social network determined by the New Jersey School Ethics Commission to be a violation of the New Jersey School Ethics Act.

A Board member shall comply with all Board policies regarding acceptable use of computers and computer networks whenever a Board member is using a Board of Education electronic device.

If the Board or Superintendent believes a Board member's activity on any social network may violate the Board's policies or the New Jersey School Ethics Act, the Board or Superintendent may request the Board member cease such activity.

This Policy has been developed and adopted by this Board to provide guidance and direction to a Board member to avoid actual and/or a perceived appearance of inappropriate conduct or conduct prohibited by the School Ethics Act while using social networks.

N.J.S.A. 18A:12-21 et seq.
N.J.S.A. 10:4-6 et seq.

Sent from Yahoo Mail for iPhone

PLAINTIFF'S
EXHIBIT

6

| | |
|---|---|
| **From:** | Chris <mud_puppie@yahoo.com> |
| **Sent:** | Tuesday, November 29, 2022 9:59 PM |
| **To:** | Anna Fe Rebadavia; Tinamaree5 |
| **Cc:** | Catherine; Shamita Alwani; Ellen Deerberg; Janice Sarcomo; Michele Mazakas; Sally Lopez; Renee Farrar; Jackie Halaw; Christina Hoggan; ████████ Kristin Goldmacher; Rachelle Guevara; dmshyner18@comcast.net; radiah gamble; Alyssa Joyce; Brian Wolverton; Ensaf Robbins; Andrea Katz; schillingfive@yahoo.com; Jacqueline Martini (John O'Leary) (Nokia - US/Murray Hill) |
| **Subject:** | Re: No Place for Hate Meeting |

Anna,

I concur. It is great to hear that others are supportive. I know some are hesitant to speak out but the more we do and others will gain confidence to share their views. I think we need to keep the pressure on until her disruptive and dangerous actions cease, so please share any historical items to help us shape our messaging for those not aware and ones like myself that moved here recently.


Catherine,

Thanks for your thoughts. I also think Bond would be a great fit for President! I submitted a complaint to Dr Z tonight for him to request Angela to remove her posts for violating the District bylaws. More positive things are going to happen tomorrow and I will let the group know details once it happens.

Chris

Sent from Yahoo Mail for iPhone

1

PLAINTIFF'S
EXHIBIT

7

**From:** LESHER, NATHANIEL M Maj USAF AMC 87 SFS/CC
<nathaniel.lesher.1@us.af.mil < Caution-
mailto:nathaniel.lesher.1@us.af.mil > >
**Sent:** Tuesday, November 29, 2022 3:29 PM
**To:** Schilling, Christopher B MAJ USARMY 78 TSD (USA)
<christopher.b.schilling.mil@army.mil < Caution-
mailto:christopher.b.schilling.mil@army.mil > >
**Cc:** Hall, Megan F Lt Col USAF 87 MSG (USA)
<megan.hall@us.af.mil < Caution-mailto:megan.hall@us.af.mil > >
**Subject:** RE: [Non-DoD Source] Fw: No Place for Hate Meeting

Christopher,

Thank you for sharing as we discussed I will forward your concern to
Chief Duff (North Hanover PD) for awareness. Thank you for bringing us
in the loop and sorry you guys are having to deal with this.

V/R,

Nate

NATHANIEL LESHER, Maj, USAF

Commander, 87th SFS

DSN: 650-4151

Comm: 609-754-4151

**From:** Schilling, Christopher B MAJ USARMY 78 TSD (USA)
<christopher.b.schilling.mil@army.mil < Caution-
mailto:christopher.b.schilling.mil@army.mil > >

**Date:** Tuesday, Nov 29, 2022 at 2:27 PM

**To:** LESHER, NATHANIEL M Maj USAF AMC 87 SFS/CC
<nathaniel.lesher.1@us.af.mil < Caution-
mailto:nathaniel.lesher.1@us.af.mil > >

**Cc:** HALL, MEGAN F Lt Col USAF AMC 87 MSG/CD
<megan.hall@us.af.mil < Caution-mailto:megan.hall@us.af.mil > >

**Subject:** FW: [Non-DoD Source] Fw: No Place for Hate Meeting

Sir,

Angela Reading's first post about the posters at UES was in a Facebook group named Northern Burlington (the first 4 attached pictures). She later posted in the Facebook group NJ Fresh Faced Schools. The first group is private limiting the visibility to its 129 members. The second group is a public group. Our initial concern is she needlessly listed the county and township of the school while sharing pictures of the posters that identify the school's name: UES. This gives a road map to anyone looking to make a statement, political, ideological, or even violent. Earlier today she took screenshots (Reading1.png attached) she received from someone in the (private) Northern Burlington Parents group and blacked out her friends' names and left the names of parents that did not agree with her views and added them to her public post. This places targets on many parents as well as the schools, their personnel and students.  There is a growing concern among many parents at all of these schools that her rhetoric is going inspire someone to act out.

For situational awareness: Angela is the current Vice President of the Northern Burlington BOE, Her husband's sister Kim is also a board member. Angela's husband (Bryan) is the current president of the North Hanover BOE.

Very Respectfully,

Christopher Schilling

MAJ, EN

Operations Officer

1st Brigade, 78th Training Division

6726 8th Street, Suite 140

JB MDL, NJ 08641



PLAINTIFF'S
EXHIBIT

8

**From:** LESHER, NATHANIEL M Maj USAF AMC 87 SFS/CC
<nathaniel.lesher.1@us.af.mil < Caution-
mailto:nathaniel.lesher.1@us.af.mil > >
**Sent:** Tuesday, November 29, 2022 3:29 PM
**To:** Schilling, Christopher B MAJ USARMY 78 TSD (USA)
<christopher.b.schilling.mil@army.mil < Caution-
mailto:christopher.b.schilling.mil@army.mil > >
**Cc:** Hall, Megan F Lt Col USAF 87 MSG (USA)
<megan.hall@us.af.mil < Caution-mailto:megan.hall@us.af.mil > >
**Subject:** RE: [Non-DoD Source] Fw: No Place for Hate Meeting


Christopher,


Thank you for sharing as we discussed I will forward your concern to
Chief Duff (North Hanover PD) for awareness. Thank you for bringing us
in the loop and sorry you guys are having to deal with this.


V/R,


Nate


NATHANIEL LESHER, Maj, USAF

Commander, 87th SFS

DSN: 650-4151

Comm: 609-754-4151


---

**From:** Schilling, Christopher B MAJ USARMY 78 TSD (USA)
<christopher.b.schilling.mil@army.mil < Caution-
mailto:christopher.b.schilling.mil@army.mil > >

**Date:** Tuesday, Nov 29, 2022 at 2:27 PM

**To:** LESHER, NATHANIEL M Maj USAF AMC 87 SFS/CC
<nathaniel.lesher.1@us.af.mil < Caution-
mailto:nathaniel.lesher.1@us.af.mil > >

PLAINTIFF'S
EXHIBIT

9
_____

**Cc:** HALL, MEGAN F Lt Col USAF AMC 87 MSG/CD
<megan.hall@us.af.mil < Caution-mailto:megan.hall@us.af.mil > >;
VAZQUEZ, JOSEPH K CIV USAF AMC 87 SFS/S5X
<joseph.vazquez.4@us.af.mil < Caution-mailto:joseph.vazquez.4@us.af.mil > >
**Subject:** RE: [Non-DoD Source] Fw: No Place for Hate Meeting

Chris,

Thank you for sharing I'll push this again to Chief Duff also added Joe to this string he is my AT program manager and works very closely with NJ DHS. I'll have him reach out to them as well about the situation.

V/R,

NATHANIEL LESHER, Maj, USAF

Commander, 87th SFS

DSN: 650-4151

Comm: 609-754-4151

---

**From:** Schilling, Christopher B MAJ USARMY 78 TSD (USA)
<christopher.b.schilling.mil@army.mil < Caution-mailto:christopher.b.schilling.mil@army.mil > >

**Date:** Wednesday, Nov 30, 2022 at 10:42 AM

**To:** LESHER, NATHANIEL M Maj USAF AMC 87 SFS/CC
<nathaniel.lesher.1@us.af.mil < Caution-mailto:nathaniel.lesher.1@us.af.mil > >

**Cc:** HALL, MEGAN F Lt Col USAF AMC 87 MSG/CD
<megan.hall@us.af.mil < Caution-mailto:megan.hall@us.af.mil > >

**Subject:** RE: [Non-DoD Source] Fw: No Place for Hate Meeting

One of the NB Parents sent the below email showing how far reaching Angela's comments are now. The most recent commenter on her post on the NJ Fresh Faced Schools Facebook group was from South Carolina.

"I am in agreement with everything in this email chain. As a proud parent of an LGBTQ+ student at Northern, I am horrified by Angela's words and actions. Because she posted in the NJ Fresh Faced facebook group, the story has been picked up and published in the Chaos and Control email newsletter this morning (a far right extremist online publication).

Caution-https://chaosandcontrol.substack.com/p/kiddy-sex-posters-in-north-hanover/comments < Caution-https://chaosandcontrol.substack.com/p/kiddy-sex-posters-in-north-hanover/comments >

This is unacceptable and endangers our children. "

Very Respectfully,

Christopher Schilling

MAJ, EN

Operations Officer

1st Brigade, 78th Training Division

6726 8th Street, Suite 140

JB MDL, NJ 08641

Office: 609-562-6538

Cell:

PLAINTIFF'S
EXHIBIT

**10**

**From:** VAZQUEZ, JOSEPH K CIV USAF AMC 87 SFS/S5X
<joseph.vazquez.4@us.af.mil>
**Sent:** Wednesday, November 30, 2022 12:36 PM
**To:** Schilling, Christopher B MAJ USARMY 78 TSD (USA)
<christopher.b.schilling.mil@army.mil>
**Cc:** Hall, Megan F Lt Col USAF 87 MSG (USA) <megan.hall@us.af.mil>;
Lesher, Nathaniel M Maj USAF (USA) <nathaniel.lesher.1@us.af.mil>
**Subject:** RE: [Non-DoD Source] Fw: No Place for Hate Meeting

Sir, good afternoon.  This really gets under my skin for sure...my
thoughts are with the family.

I am sending this to our partners with NJ Office of Homeland Security
and Preparedness as well as the NJ State Police Regional Operations
Intelligence Center (ROIC).  Both agencies analysts keep an eye on far
right/hate groups.

Wish I could do more.

v/r jkv

Joe Vazquez, Civ, DAF

Installation Antiterrorism Program Manager

87th Security Forces Squadron

Joint Base McGuire-Dix-Lakehurst

DSN: 562-5362

Commercial: (609) 562-5362

**From:** LESHER, NATHANIEL M Maj USAF AMC 87 SFS/CC
<nathaniel.lesher.1@us.af.mil < Caution-
mailto:nathaniel.lesher.1@us.af.mil > >
**Sent:** Wednesday, November 30, 2022 12:13 PM
**To:** Schilling, Christopher B MAJ USARMY 78 TSD (USA)
<christopher.b.schilling.mil@army.mil < Caution-
mailto:christopher.b.schilling.mil@army.mil > >

**Cc:** HALL, MEGAN F Lt Col USAF AMC 87 MSG/CD
<megan.hall@us.af.mil < Caution-mailto:megan.hall@us.af.mil > >;
VAZQUEZ, JOSEPH K CIV USAF AMC 87 SFS/S5X
<joseph.vazquez.4@us.af.mil < Caution-mailto:joseph.vazquez.4@us.af.mil > >
**Subject:** RE: [Non-DoD Source] Fw: No Place for Hate Meeting


Chris,


Thank you for sharing I'll push this again to Chief Duff also added Joe to
this string he is my AT program manager and works very closely with NJ
DHS. I'll have him reach out to them as well about the situation.


V/R,


NATHANIEL LESHER, Maj, USAF

Commander, 87th SFS

DSN: 650-4151

Comm: 609-754-4151


**From:** Schilling, Christopher B MAJ USARMY 78 TSD (USA)
<christopher.b.schilling.mil@army.mil < Caution-mailto:christopher.b.schilling.mil@army.mil > >

**Date:** Wednesday, Nov 30, 2022 at 10:42 AM

**To:** LESHER, NATHANIEL M Maj USAF AMC 87 SFS/CC
<nathaniel.lesher.1@us.af.mil < Caution-mailto:nathaniel.lesher.1@us.af.mil > >

**Cc:** HALL, MEGAN F Lt Col USAF AMC 87 MSG/CD
<megan.hall@us.af.mil < Caution-mailto:megan.hall@us.af.mil > >

**Subject:** RE: [Non-DoD Source] Fw: No Place for Hate Meeting

PLAINTIFF'S
EXHIBIT

**11**

| | |
|---|---|
| **From:** | Chris <mud_puppie@yahoo.com> |
| **Sent:** | Wednesday, November 30, 2022 10:46 AM |
| **To:** | Shamita Alwani; Jackie Halaw |
| **Cc:** | Ensaf Robbins; Anna Fe Rebadavia; Catherine; Tina Janis; Ellen Deerberg; Janice Sarcomo; Michele Mazakas; Sally Lopez; Renee Farrar; Christina Hoggan; Kristin Goldmacher; Rachelle Guevara; dmshyner18@comcast.net; radiah gamble; Alyssa Joyce; Brian Wolverton; Andrea Katz; schillingfive@yahoo.com; Jacqueline Martini (John O'Leary) (Nokia - US/Murray Hill) |
| **Subject:** | Re: No Place for Hate Meeting |

I am actively working with the base leadership over the past few days and they are working to support us in our efforts.

I am in steady communication with the 87th Security Forces (JBMDL Police) Commander (he's my next door neighbor) and he is aware of what is going on and talking with the surrounding police chiefs to insure heightened awareness based on Angela's actions.

Please let me know of any and all concerns you have that I can relay to him.

Chris Schilling

PLAINTIFF'S
EXHIBIT

**12**

**From:** VAZQUEZ, JOSEPH K CIV USAF AMC 87 SFS/S5X
<joseph.vazquez.4@us.af.mil>
**Sent:** Wednesday, November 30, 2022 12:36 PM
**To:** Schilling, Christopher B MAJ USARMY 78 TSD (USA)
<christopher.b.schilling.mil@army.mil>
**Cc:** Hall, Megan F Lt Col USAF 87 MSG (USA) <megan.hall@us.af.mil>;
Lesher, Nathaniel M Maj USAF (USA) <nathaniel.lesher.1@us.af.mil>
**Subject:** RE: [Non-DoD Source] Fw: No Place for Hate Meeting


Sir, good afternoon. This really gets under my skin for sure...my
thoughts are with the family.


I am sending this to our partners with NJ Office of Homeland Security
and Preparedness as well as the NJ State Police Regional Operations
Intelligence Center (ROIC).  Both agencies analysts keep an eye on far
right/hate groups.


Wish I could do more.


v/r jkv

Joe Vazquez, Civ, DAF

Installation Antiterrorism Program Manager

87th Security Forces Squadron

Joint Base McGuire-Dix-Lakehurst

DSN: 562-5362

Commercial: (609) 562-5362


**From:** LESHER, NATHANIEL M Maj USAF AMC 87 SFS/CC
<nathaniel.lesher.1@us.af.mil < Caution-
mailto:nathaniel.lesher.1@us.af.mil > >
**Sent:** Wednesday, November 30, 2022 12:13 PM
**To:** Schilling, Christopher B MAJ USARMY 78 TSD (USA)
<christopher.b.schilling.mil@army.mil < Caution-
mailto:christopher.b.schilling.mil@army.mil > >

Helen Payne <hpayne@nhanover.com>                                                    11/30/2022 3:48 PM

## Fwd: JB MDL Parent Concerns Over Social Media Post by Ms. Angela Reading

To rduff@northhanovertwp.com

Helen Payne
Superintendent
North Hanover Township School District
609-738-2600
www.nhanover.com

---------- Forwarded message ----------
From: **HALL, MEGAN F Lt Col USAF AMC 87 MSG/CD** <megan.hall@us.af.mil>
Date: Wed, Nov 30, 2022 at 11:34 AM
Subject: JB MDL Parent Concerns Over Social Media Post by Ms. Angela Reading
To: Helen Payne < hpayne@nhanover.com>, azuckerman@nburlington.com < azuckerman@nburlington.com>
Cc: GRIMMETT, ROBERT E III Col USAF AMC 87 MSG/CC < robert.grimmett@us.af.mil>, NAIDA, NIKALEA A NF-04
USAF AMC 87 FSS/FSFC < nikalea.naida@us.af.mil>, MATHEWS, STEVEN R CMSgt USAF AMC 87 MSG/SEL <
steven.mathews.1@us.af.mil>

Ms. Payne and Dr. Zuckerman,

I hope all is well with you and that you had a great Thanksgiving.  I wanted to reach out to the both of you to make you aware of parent concerns regarding recent social media posts presented by Ms. Angela Reading.  While I understand she serves as a board member for the Northern Burlington School District, her recent posts to social media impacts military families/students in North Hanover's School District. Ms. Reading has posted several times in both private and public forums expressing how "livid" (her words), she was after seeing a bulletin board display during the recent Math Night at Upper Elementary School.  She posted pictures of the children's art work and expressed her belief that the school is "perverse to expose my kids to sexual context." She further proceeded to tell the community there "is never going to be an opt-out" of the health curriculum, and she speaks of this as a private citizen and in her capacity as a board member.  In an additional post, she states she is speaking on behalf of her husband Mr. Bryan Reading, who I understand serves as a board member for North Hanover School District, and his thoughts on the subject.

These posts have created a concern for the safety of our military children and families as they could become targets from extremist personnel/groups. The posts are specific in nature to the school, the issue, and some posts exposed parents' names. Furthermore, Ms. Angela Reading encouraged people of like mindedness to attend the monthly BOE meetings and express the same view point. Her initial posts have grown to more groups and recently landed an article titled "Kiddy Sex Posters in North Hanover Township" by Chaos and Control.
Site: https://chaosandcontrol.substack.com/p/kiddy-sex-posters-in-north-hanover/comments

I would like to respectfully request that you both look into this matter to ensure the safety of all members moving forward. I asked our concerned parents as to what they thought the right outcome should be and they provided everything from "she should excuse herself for potentially violating ethics violations" to just "removing the post all together with none further."

I have provided Ms. Payne sample posts and can provide to you, Dr. Zuckerman, if needed.

Please let me know if you need anything further

V/r

mfh

PLAINTIFF'S
EXHIBIT

**13**

MEGAN F. HALL, Lt Col, USAF
Deputy Commander, 87th Mission Support Group
2901 Falcon Lane
JBMDL NJ 08641
megan.hall@us.af.mil
DSN: 650-3291
COM: 609-754-3291
Cell:

PLAINTIFF'S
EXHIBIT

**14**

Good Afternoon,

I wanted to let everyone know that the North Hanover Township Police takes this issue
very seriously.  I have made contact with the group administrator of the "NJ Fresh Faced
Schools Facebook Page" and explained our concerns about the post.  The admin for the
Facebook Page respectfully removed the post from Facebook as I explained to her our
concerns with that the Town and Location of the school was listed in the post.  I will
continue to see if I can get additional posts removed from other social media posts.  I
will keep you all advised.

Chief Robert Duff

North Hanover Township Police

> On November 30, 2022 1:37 PM LESHER, NATHANIEL M Maj USAF AMC
> 87 SFS/CC <nathaniel.lesher.1@us.af.mil> wrote:
>
>
>
> Chief,
>
>
> Per our discussion.
>
>
> V/R,
>
>
> NATHANIEL LESHER, Maj, USAF
>
> Commander, 87th SFS
>
> DSN: 650-4151
>
> Comm: 609-754-4151

**From:** Schilling, Christopher B MAJ USARMY 78 TSD (USA) <
christopher.b.schilling.mil@army.mil < Caution-
mailto:christopher.b.schilling.mil@army.mil > >

**Date:** Wednesday, Nov 30, 2022 at 12:40 PM

**To:** VAZQUEZ, JOSEPH K CIV USAF AMC 87 SFS/S5X <
joseph.vazquez.4@us.af.mil < Caution-
mailto:joseph.vazquez.4@us.af.mil > >

**Cc:** HALL, MEGAN F Lt Col USAF AMC 87 MSG/CD <
megan.hall@us.af.mil < Caution-mailto:megan.hall@us.af.mil > >, LESHER,
NATHANIEL M Maj USAF AMC 87 SFS/CC <
nathaniel.lesher.1@us.af.mil < Caution-
mailto:nathaniel.lesher.1@us.af.mil > >

**Subject:** RE: [Non-DoD Source] Fw: No Place for Hate Meeting

Thank you for assisting. It goes without saying that there are a lot of
worried parents because of this one person's actions. I will include you
on any additional info that the parents pass to me.

Very Respectfully,

Christopher Schilling

MAJ, EN

Operations Officer

1st Brigade, 78th Training Division

6726 8th Street, Suite 140

JB MDL, NJ 08641

Office: 609-562-6538

Cell:

**PLAINTIFF'S EXHIBIT**

**15**

**From:** VAZQUEZ, JOSEPH K CIV USAF AMC 87 SFS/S5X <joseph.vazquez.4@us.af.mil>
**Sent:** Wednesday, November 30, 2022 12:36 PM
**To:** Schilling, Christopher B MAJ USARMY 78 TSD (USA) <christopher.b.schilling.mil@army.mil>
**Cc:** Hall, Megan F Lt Col USAF 87 MSG (USA) <megan.hall@us.af.mil>; Lesher, Nathaniel M Maj USAF (USA) <nathaniel.lesher.1@us.af.mil>
**Subject:** RE: [Non-DoD Source] Fw: No Place for Hate Meeting


Sir, good afternoon.  This really gets under my skin for sure…my thoughts are with the family.


I am sending this to our partners with NJ Office of Homeland Security and Preparedness as well as the NJ State Police Regional Operations Intelligence Center (ROIC).  Both agencies analysts keep an eye on far right/hate groups.


Wish I could do more.


v/r jkv

Joe Vazquez, Civ, DAF

Installation Antiterrorism Program Manager

87th Security Forces Squadron

Joint Base McGuire-Dix-Lakehurst

DSN: 562-5362

Commercial: (609) 562-5362


**From:** LESHER, NATHANIEL M Maj USAF AMC 87 SFS/CC <nathaniel.lesher.1@us.af.mil < Caution-mailto:nathaniel.lesher.1@us.af.mil > >
**Sent:** Wednesday, November 30, 2022 12:13 PM
**To:** Schilling, Christopher B MAJ USARMY 78 TSD (USA) <christopher.b.schilling.mil@army.mil < Caution-mailto:christopher.b.schilling.mil@army.mil > >

PLAINTIFF'S
EXHIBIT

16





PLAINTIFF'S
EXHIBIT

**17**

 **Nik Stouffer**





# Nik Stouffer

Facebook

You're friends on Facebook

Self-Employed

NOV 30 AT 3:47 PM

I wanted to let you know I removed your post abut the school. Becaues I was asked to

Case 1:23-cv-01469-KMW-SAK    Document 2    Filed 03/15/23    Page 26 of 55 PageID: 89



**PLAINTIFF'S EXHIBIT**

**18**

Angela Reading <angela.reading726@gmail.com>

## Community Member Concern with Government Censorship of Facebook Post
5 messages

---

**Angela Reading** <angela.reading726@gmail.com>                    Wed, Nov 30, 2022 at 6:48 PM
To: "rduff@northhanovertwp.com" <rduff@northhanovertwp.com>
Cc: "rdebaecke@northhanovertwp.com" <rdebaecke@northhanovertwp.com>

Officer Duff,

First and foremost, I want to thank you for your service. It is a very difficult time to be a police officer. Your hard work and dedication do not go unnoticed. My family and I are truly grateful for everything you and your fellow officers do. Please let me know if you ever need anything.

With that said, I a deeply concerned with a phone call I received this evening from your high school classmate, who informed me that you used your official government position as Police Chief of North Hanover Township to suggest she remove my post on the NJ Fresh Faced Facebook page. Although she stated you did not issue her a legal mandate, your position as a Police Chief was arguably enough to scare her into compliance.

***Legal Context***:
As I am sure you are aware, the First Amendment gives everyone residing in the United States the right to hear all sides of every issue and to make their own judgments about those issues <u>without government interference or limitations</u>. Moreover, the Supreme Court has said that political speech is the most important—and thus most protected—kind of speech in our democracy. To quote Justice Brennan, our county is guided by the principle that debate on public issues should be <u>uninhibited</u>, <u>robust</u>, and <u>wide open</u>.

- I am aware there are limits to the First Amendment; among them are time, place, and manner restrictions, and categorical exceptions such as obscenity, child pornography, and speech that constitutes so-called "incitement," fighting words," or "true threats."

***My Post***:
As I am sure you know, my post on Facebook <u>did not violate any law or Facebook code of conduct</u>. First, I posted pictures of <u>anonymous posters</u>, which were <u>hung for the public to see in the main hallway of a tax-payer-funded building (a school)</u>. I did not name any student, staff member, or school. I only stated North Hanover Township. Even if I did name the school, that would have been fine. Second, my post <u>respectfully expressed my concerns and did not call for public action or response</u>. I did not threaten anyone, legally incite violence, or violate any provision of the law. As a mother, I shared my opinions (protected by the First Amendment). Because you targeted my post for its explicit critique of the school, this is a form of impermissible viewpoint discrimination under the First Amendment.

***Questions***:
(1) Teachers, parents, school administrators, and students post pictures **<u>daily</u>** from the school (many with actual pictures of children). Many of the pictures posted **<u>daily</u>** share information about school entry points (security issue), students' names and mages (seems like a security issue), and other information that anyone could argue could add "risk" to school security. **Have you ever asked anyone in the past to remove any of their posts?**

(2) Would you have called for my post to be removed if I posted the same pictures with a glowing review of the assignment and posters?

(3) If you had concerns about my post, why was I not contacted directly? Why did you go directly to a content provider on Facebook and request censorship?

(4) Do you know if it's your practice to make personal calls to remove social media posts when you get community complaints?

***Final Point***
As a mother, I use my voice to challenge the government when I believe they are harming my children. I know that not everyone will agree, and I am ok with that. With that in mind, I am deeply concerned by members of the public linking my personal concerns with my seven-year-old daughter being exposed to terms involving sexual attraction (polysexual and pansexual) with the Colorado shooting and school shootings. This is a form of moral blackmail that should not be tolerated.

The threat of gun violence should be removed from our political discussions because it is inherently flawed, malicious, and self-serving. **Gun violence should not be simplified, politicized, and weaponized to silence dissenting views that don't align with your values.**

Outside of criminal incitement, the horrible and malicious acts of one cannot be blamed on the public/political speech of another. For example, the five Dallas officers killed in 2016 cannot be blamed on BLM or those who advocated violence against police officers. The man who shot a Republican member of congress in 2017 was a Bernie Sanders supporter; however, Bernie Sanders was not to blame. I think you get my point.

Based on the data, we cannot say what does and does not "cause" gun violence in every circumstance. We can only speculate based on the self-reports of shooters if they are even available. Gun violence can often be linked to childhood trauma and mental illness (which seems to be the case for the non-binary shooter in Colorado). We can determine that there is NO objective evidence to suggest that a mother sharing public artwork and a story about her daughter's experience reading such artwork will lead to violence. That is absurd on its face.

The above statements are made in my capacity as a private citizen and not in my capacity as a board member. These statements are also not representative of the board or its individual members and solely represent my personal opinions. My statements are not authorized by or written on behalf of the board. This matter involves the local public school district, I do not serve on the board.

Thank you for your time and support.

Feel free to call my cell at 609-284-6595.

Respectfully,

*Angela Reading*
J.D. Candidate, 2023
Villanova Charles Widger School of Law
angela.reading726@gmail.com
609-284-6595

---

**Angela Reading** <angela.reading726@gmail.com>                    Wed, Nov 30, 2022 at 8:03 PM
To: Hope <hgrindlinger@tollbrothers.com>

Angela Reading
Sent from my iPhone
Please pardon brevity
& autocrects

Begin forwarded message:

> **From:** Angela Reading <angela.reading726@gmail.com>
> **Date:** November 30, 2022 at 6:48:20 PM EST
> **To:** rduff@northhanovertwp.com
> **Cc:** rdebaecke@northhanovertwp.com
> **Subject: Community Member Concern with Government Censorship of Facebook Post**

[Quoted text hidden]

---

**Angela Reading** <angela.reading726@gmail.com>                    Thu, Dec 1, 2022 at 3:32 PM
To: "rduff@northhanovertwp.com" <rduff@northhanovertwp.com>

Officer Duff,

Thank you so much for speaking with me today.  I truly appreciate the time you took to speak with me. Could you share the emails you mentioned you got from the base in our discussion today?

If you need a formal OPRA request, I can submit one, but hopefully, that isn't needed.

Have a wonderful evening!

[Quoted text hidden]

---

**Angela Reading** <angela.reading726@gmail.com>                    Sat, Dec 3, 2022 at 4:42 PM
To: bryanwreading@gmail.com


Angela Reading
Sent from my iPhone
Please pardon brevity
& autocorrects

Begin forwarded message:


> **From:** Angela Reading <angela.reading726@gmail.com>
> **Date:** December 1, 2022 at 3:32:04 PM EST
> **To:** rduff@northhanovertwp.com
> **Subject: Re: Community Member Concern with Government Censorship of Facebook Post**


[Quoted text hidden]

---

**Angela Reading** <angela.reading726@gmail.com>                    Sat, Dec 3, 2022 at 4:42 PM
To: bryanwreading@gmail.com


Angela Reading
Sent from my iPhone
Please pardon brevity
& autocorrects

Begin forwarded message:


> **From:** Angela Reading <angela.reading726@gmail.com>
> **Date:** December 1, 2022 at 3:32:04 PM EST
> **To:** rduff@northhanovertwp.com
> **Subject: Re: Community Member Concern with Government Censorship of Facebook Post**


[Quoted text hidden]

PLAINTIFF'S
EXHIBIT

**19**

**From:** Rduff@northhanovertwp.com <Rduff@northhanovertwp.com>
**Sent:** Wednesday, November 30, 2022 4:00 PM
**To:** Lesher, Nathaniel M Maj USAF (USA) <nathaniel.lesher.1@us.af.mil>; Schilling, Christopher B MAJ USARMY 78 TSD (USA) <christopher.b.schilling.mil@army.mil>; Vazquez, Joseph K CIV USAF 87 MSG (USA) <joseph.vazquez.4@us.af.mil>; Hall, Megan F Lt Col USAF 87 MSG (USA) <megan.hall@us.af.mil>
**Subject:** [URL Verdict: Neutral]Re: FW: [Non-DoD Source] Fw: No Place for Hate Meeting

All active links contained in this email were disabled. Please verify the identity of the sender, and confirm the authenticity of all links contained within the message prior to copying and pasting the address to a Web browser.

Good Afternoon,

I wanted to let everyone know that the North Hanover Township Police takes this issue very seriously.  I have made contact with the group administrator of the "NJ Fresh Faced Schools Facebook Page" and explained our concerns about the post.  The admin for the Facebook Page respectfully removed the post from Facebook as I explained to her our concerns with that the Town and Location of the school was listed in the post.  I will continue to see if I can get additional posts removed from other social media posts.  I will keep you all advised.

Chief Robert Duff

North Hanover Township Police

On November 30, 2022 1:37 PM LESHER, NATHANIEL M Maj USAF AMC 87 SFS/CC <nathaniel.lesher.1@us.af.mil> wrote:

Chief,

Per our discussion.

V/R,

NATHANIEL LESHER, Maj, USAF

Commander, 87th SFS

DSN: 650-4151

Comm: 609-754-4151

PLAINTIFF'S
EXHIBIT

**20**

Nate,

I just finished speaking with the NB PTSC President and while she is very grateful that the original post was taken down (even though she doesn't know exactly how it happened), she is concerned about one of Angela's comments (attached) that was part of that post and identified the NB PTSC as their meeting location and times are publicly listed on the school website. A number of military parents attend these meetings at the high school, myself included. I'm not sure which agency has jurisdiction over the HS and what it would take for them to have a presence during the PTSC and BOE meetings there, but I wanted to pass along this concern.

Very Respectfully,

Christopher Schilling

MAJ, EN

Operations Officer

1st Brigade, 78th Training Division

6726 8th Street, Suite 140

JB MDL, NJ 08641

Office: 609-562-6538

Cell:

Bill Berger in the Northern Burlington Parents page run by the PTSC (parent group PTO) president. Ellen is also part of the PTSC. I am not on that page. But they have been posting for two days advocating for me to be silenced and that elementary kids need to learn about this stuff. She was not the only one.



Like   Reply

**catherine_lynn_walls** It's extremely hard to believe that politics have nothing to do with her decision making on the board. Like it or not she is a direct reflection of our BOE and district, and as a member of several "private groups" I can only imagine what is said and discussed within those groups. She might not be speaking for the board, but she is setting a tone with others in these private groups. How much is too much? She is a walking liability...

43h  4 likes  Reply  Send

op comments ~

**Kate Tallon**
I'm becoming more and more frightened from censorship issues. My kids started sex-ed before pre-school. Because I took the time to educate myself on preventing sexual grooming, which is educating your kids to empower them and what this type of inclusive display helps with. I'm sad to see so many parents buying into the ultra-religious extremist rhetoric, who are exactly who I am trying to protect my children from.

5m  Like  Reply

**Jody Kley Tallone**
get a clue they aren't learning it from the teachers they know it just by being.  Tv YouTube TikTok music movies celebrities. Polysexual has been a word since the 20s

3m  Like  Reply

Chris Schilling
It's easy enough to walk by and most younger kids would only focus on the pretty colored flags. The few that ask about the words can easily be explained as "those words describe other types of families" and change the subject. No further explanation needed. Much worse is on billboards or flags flying in people's yards these days.

5m  Like  Reply

1h   Like   Reply

PLAINTIFF'S
EXHIBIT

**21**

From: "VAZQUEZ, JOSEPH K CIV USAF AMC 87 SFS/S5X" <joseph.vazquez.4@us.af.mil>
To: "Rduff@northhanovertwp.com" <Rduff@northhanovertwp.com>
Date: December 1, 2022 2:41 PM
Subject: FW: [Non-DoD Source] Fw: No Place for Hate Meeting

Chief Duff, good afternoon sir.

Would you be so kind to forwards this to your counterpart at Mansfield?

They have been mentioned as well in the attachment.  I forwarded this to NJOHSP and NJSP in hopes that an IDR is sent to NJ schools and PDs.

v/r Joe

Joe Vazquez, Civ, DAF

Installation Antiterrorism Program Manager

87th Security Forces Squadron

Joint Base McGuire-Dix-Lakehurst

DSN: 562-5362

Commercial: (609) 562-5362

Bill Berger (in the Northern
Burlington Parents page
run by the PTSC (parent
group PTO) president.
Ellen is also part of the
PTSC. I am not on that
page. But they have been
posting for two days
advocating for me to be
silenced and that
elementary kids need to
learn about this stuff. She
was not the only one.

Like   Reply

catherine_lynn_wolfe It's
extremely hard to believe
that politics have nothing to
do with her decision making
on the board. Like it or not
she is a direct reflection of
our BOE and district, and as
a member of several
"private groups" I can only
imagine what is said and
discussed within those
groups. She might not be
speaking for the board, but
she is setting a tone with
others in these private
groups. How much is too
much? She is a walking
liability....
10h   4 likes   Reply   Send

op comments ⌄


Kate Tallon
I'm becoming more and more
frightened from censorship issues.
My kids started sex-ed before pre-
school. Because I took the time to
educate myself on preventing sexual
grooming, which is educating your
kids to empower them and what this
type of inclusive display helps with.
I'm sad to see so many parents
buying into the ultra- religious
extremist rhetoric, who are exactly
who I am trying to protect my
children from.

5m   Like   Reply

**Jody Kley Tallone**
get a clue the
aren't learning it from the
teachers they know it just
by being.  Tv YouTube
TikTok music movies
celebrities. Polysexual has
been a word since the 20s

3m   Like   Reply

Chris Schilling
it's easy enough to
walk by and most younger kids woul
only focus on the pretty colored
flags. The few that ask about the
words can easily be explained as
*those words describe other types o
families* and change the subject. No
further explanation needed. Much
worse is on billboards or flags flying
in people's yards these days.

5m   Like   Reply

1h   Like   Reply

**PLAINTIFF'S EXHIBIT**

**22**

From: "VAZQUEZ, JOSEPH K CIV USAF AMC 87 SFS/S5X" <joseph.vazquez.4@us.af.mil>
To: "rduff@northhanovertwp.com" <Rduff@northhanovertwp.com>
Cc: "LESHER, NATHANIEL M Lt Col USAF AMC 87 SFS/CC" <nathaniel.lesher.1@us.af.mil>, "HALL, MEGAN F Lt Col USAF AMC 87 MSG/CD" <megan.hall@us.af.mil>, "SYSOL, DANIEL J GS-13 USAF AMC 87 SFS/DD" <daniel.sysol@us.af.mil>
Date: December 5, 2022 11:04 AM
Subject: FW: [URL Verdict: Neutral]Re: FW: [Non-DoD Source] Fw: No Place for Hate Meeting

Chief Duff, good morning.

FYI/SA...I've been sharing same with NJOHSP and NJSP; they are part of our installation Threat Working Group.

Det Burckhardt from NJOHSP shared same with Burlington County Prosecutors Office Counter-Terrorism Coordinator (below email).

He also encouraged if threats are received by your department to report same to the CTWatch desk via CTWatch@NJOHSP.Gov.

Thanks for your time and support sir.

v/r jkv

Joe Vazquez, Civ, DAF

Installation Antiterrorism Program Manager

87th Security Forces Squadron

Joint Base McGuire-Dix-Lakehurst

DSN: 562-5362

Commercial: (609) 562-5362

**From:** Burckhardt, Alexander <ABurckhardt@njohsp.gov>
**Sent:** Monday, December 5, 2022 10:56 AM
**To:** VAZQUEZ, JOSEPH K CIV USAF AMC 87 SFS/S5X <joseph.vazquez.4@us.af.mil>
**Cc:** Sansone, Joseph <JSansone@njohsp.gov>; Goncalves, Erick (LPS) <Erick.Goncalves@njsp.org>; Tilton, Jamie <jtilton@co.burlington.nj.us>; Appelmann, Peter <PAppelmann@njohsp.gov>
**Subject:** RE: [URL Verdict: Neutral]Re: FW: [Non-DoD Source] Fw: No Place for Hate Meeting

Joe,

Received all, thank you for the information. If any threats are received, I would encourage the PD to report same to the CTWatch desk via CTWatch@NJOHSP.Gov. I will also loop in the Burlington County Prosecutor's Office Counter-Terrorism Coordinator for situational awareness.

Jamie – Please see below and attached.

Link: https://chaosandcontrol.substack.com/p/kiddy-sex-posters-in-north-hanover/comments

Please do not hesitate to reach out should you need anything.

Thank you,

Det. Alex Burckhardt #522

Operations Bureau

New Jersey Office of Homeland Security & Preparedness

(D): 609-584-4071

(C):



**From:** VAZQUEZ, JOSEPH K CIV USAF AMC 87 SFS/S5X <joseph.vazquez.4@us.af.mil>
**Sent:** Monday, December 5, 2022 10:10 AM
**To:** Burckhardt, Alexander <ABurckhardt@njohsp.gov>
**Cc:** Sansone, Joseph <JSansone@njohsp.gov>; Goncalves, Erick (LPS) <Erick.Goncalves@njsp.org>
**Subject:** [EXTERNAL] FW: [URL Verdict: Neutral]Re: FW: [Non-DoD Source] Fw: No Place for Hate
Meeting

*** CAUTION ***

This message came from an **EXTERNAL** address (joseph.vazquez.4@us.af.mil). **DO NOT** click on links or attachments
unless you know the sender and the content is safe.
**New Jersey State Government Employees Should Forward Messages That May Be Cyber Security Risks To**
PhishReport@cyber.nj.gov.

Gents, from Chief Duff at North Hanover PD.


v/r jkv

Joe Vazquez, Civ, DAF

Installation Antiterrorism Program Manager

87th Security Forces Squadron

Joint Base McGuire-Dix-Lakehurst

DSN: 562-5362

Commercial: (609) 562-5362

**From:** Rduff@northhanovertwp.com <Rduff@northhanovertwp.com>
**Sent:** Monday, December 5, 2022 8:44 AM
**To:** Schilling, Christopher B MAJ USARMY 78 TSD (USA) <christopher.b.schilling.mil@army.mil>; LESHER, NATHANIEL M Lt Col USAF AMC 87 SFS/CC <nathaniel.lesher.1@us.af.mil>; VAZQUEZ, JOSEPH K CIV USAF AMC 87 SFS/S5X <joseph.vazquez.4@us.af.mil>; HALL, MEGAN F Lt Col USAF AMC 87 MSG/CD <megan.hall@us.af.mil>
**Subject:** RE: [URL Verdict: Neutral]Re: FW: [Non-DoD Source] Fw: No Place for Hate Meeting

Thank you.  This has already been brought to my attention and I'am working closely with the Superintendent.  We as a department have not received any credible or reported death threats towards Mrs. Reading or her family.  I have been in contact we Mrs. Reading etc and have explained to her to report any such incidents directly to the North Hanover Twp. Police.  We will continue to monitor social media and take appropriate action if needed.

Chief Duff

> On December 5, 2022 8:32 AM Schilling, Christopher B MAJ USARMY 78 TSD (USA) <christopher.b.schilling.mil@army.mil> wrote:

> Chief,

> A number of concerning posts (identifying the secretary of CB Lamb on NJ Fresh Faced Schools and one calling for breaking into the school to remove the posters by force) were posted over the weekend and brought to my attention by parents and one attorney that has been watching the situation last night. There was one petition started by a parent at NB calling for Angela Reading's resignation. Angela commented several times stating that you informed her that her original post was fine but she still removed it out of respect. After threats of legal action against the author of the petition, one of her "good friends" started a counter petition with the majority of her original post including pictures the student's poster and statements saying Angela has been receiving death threats. This counter petition has been circulated on many of the right wing sites and drawing quite hateful responses focused toward the school as Angela and her neighbor, a newly elected NH BOE member Anthony Grindlinger, make comments on it to stir the pot. I have attached the screenshots sent to me of the comments identifying the school secretary at CB Lamb and the comment referencing breaking into the school.

PLAINTIFF'S
EXHIBIT

**23**
_____

7:07

< ☰  **Northern Burlington Pare...**  🔍

## Highlights



**Chris Schilling**                            ⋯
10m · 👥

The current situation involving Mrs Reading's actions has caused safety concerns for many families.

The Joint Base leadership takes this situation very seriously and from the beginning have had the Security Forces working with multiple state and local law enforcement agencies to monitor the situation to ensure the continued safety of the entire community.

👍 2

👍 Like        💬 Comment        ▷ Send





Commercial: (609) 562-5362

PLAINTIFF'S
EXHIBIT

**24**

**From:** Rduff@northhanovertwp.com <Rduff@northhanovertwp.com>
**Sent:** Monday, December 5, 2022 8:44 AM
**To:** Schilling, Christopher B MAJ USARMY 78 TSD (USA) <christopher.b.schilling.mil@army.mil>; LESHER, NATHANIEL M Lt Col USAF AMC 87 SFS/CC <nathaniel.lesher.1@us.af.mil>; VAZQUEZ, JOSEPH K CIV USAF AMC 87 SFS/S5X <joseph.vazquez.4@us.af.mil>; HALL, MEGAN F Lt Col USAF AMC 87 MSG/CD <megan.hall@us.af.mil>
**Subject:** RE: [URL Verdict: Neutral]Re: FW: [Non-DoD Source] Fw: No Place for Hate Meeting

Thank you.  This has already been brought to my attention and I'am working closely with the Superintendent.  We as a department have not received any credible or reported death threats towards Mrs. Reading or her family.  I have been in contact we Mrs. Reading etc and have explained to her to report any such incidents directly to the North Hanover Twp. Police.  We will continue to monitor social media and take appropriate action if needed.

Chief Duff

> On December 5, 2022 8:32 AM Schilling, Christopher B MAJ USARMY 78 TSD (USA)
> <christopher.b.schilling.mil@army.mil> wrote:

Chief,

A number of concerning posts (identifying the secretary of CB Lamb on NJ Fresh Faced Schools and one calling for breaking into the school to remove the posters by force) were posted over the weekend and brought to my attention by parents and one attorney that has been watching the situation last night. There was one petition started by a parent at NB calling for Angela Reading's resignation. Angela commented several times stating that you informed her that her original post was fine but she still removed it out of respect. After threats of legal action against the author of the petition, one of her "good friends" started a counter petition with the majority of her original post including pictures the student's poster and statements saying Angela has been receiving death threats. This counter petition has been circulated on many of the right wing sites and drawing quite hateful responses focused toward the school as Angela and her neighbor, a newly elected NH BOE member Anthony Grindlinger, make comments on it to stir the pot. I have attached the screenshots sent to me of the comments identifying the school secretary at CB Lamb and the comment referencing breaking into the school.

PLAINTIFF'S
EXHIBIT

**25**
_____



< ≡  **Northern Burlington Pare...**  🔍

superintendents letter?
Because you obviously
don't have kids in the
district.

10h   Like   Reply          3 👍

 Write a reply...

**Chris Schilling**
https://chng.it/JXN8NYk2

 **Sign the Petition**
change.org

3h   Like   Reply

**Chris Schilling**
The Joint Base Security
Forces are working with
multiple law enforcement
agencies to monitor the
situation to ensure the
continued safety of the
entire community.

5m   Like   Reply

Rules





1h   **Like**   **Reply**



**Chris Schilling**
Jason Stamp that shows how well she fooled you with her lies. Her daughter is in second grade and that was in a school that only has 4-6th grades. The police have received no threats to her or her family, another lie.

21m   **Like**   **Reply**                     1 



**Ellen Fisher Deerberg**
Jason Stamp As with most things associated with Angela Reading, valid points are rather



10:08

**Northern Burlington Pare...**

**Jason Stamp**
The entire truth can be read here. Please sign in support of Ms Reading.
https://www.change.org/p/support-of-northern-burlington-boe-member-angela-reading

**Sign the Petition**
change.org

1h   Like   Reply                    1 😆

**Chris Schilling**
Jason Stamp multiple false claims and omissions of fact that have been disputed multiple times. Did you even read the superintendents letter? Because you obviously don't have kids in the district.

Rules

 Write a comme...  



**Comment**

**Chris Schilling**
Jason Stamp that shows how well she fooled you with her lies. Her daughter is in second grade and that poster was in a school that only has 4-6th grades. The police have received no threats to her or her family, another lie.

11h   Like   Reply                    3

**Darrah Greene**
Chris Schilling incorrect. All family events such as "math night", "family game night", etc. are held at the upper elementary school. All students preschool through 6th grade and their families are invited to these events. They occur regularly.

1h   Like   Reply

**Chris Schilling**
Darrah Greene his initial comment before editing it after my reply stated that the posters were at the elementary school that her daughter attends. But he corrected his statement after he was called out for another false statement. Notice his comment says "Edit"?

1h   Like   Reply                    1

**Darrah Greene**

Rules

Write a reply...

Home   Marketplace   Watch   Notifications   Menu

PLAINTIFF'S
EXHIBIT

**26**

**Angela Reading**

| | |
|---|---|
| **From:** | Helen Payne <hpayne@nhanover.com> |
| **Sent:** | Thursday, December 1, 2022 4:45 PM |
| **To:** | angela.reading726@gmail.com |
| **Subject:** | Community Update |

**C.B. Lamb School, Endeavour School & Upper Elementary School**



*To ensure that all students are resilient, lifelong learners who achieve excellence and engage as twenty-first century citizens.*

December 1, 2022

Dear NHTSD Parent/Guardians and Staff:

I am writing to you to provide you with some information about recent events that are impacting our school district. As part of the "Week of Respect", students at our Upper Elementary School (UES) were invited to create a poster that demonstrated that UES was a safe place where everyone was accepted. The activity was voluntary and open-ended, and has been offered to students for the past three years. There was no instruction associated with it.

Some students chose to represent the multitude of ethnicities in our school, some depicted hands of different colors, some displayed messages in sign language, some displayed messages of general acceptance and kindness, and some included content that was supportive of the LGBTQ+ community. On a couple of the posters, this included flags that were labeled for various groups like transsexual, bisexual, lesbian, pansexual, polysexual, etc, along with messages that all people were accepted at their school.

These specific terms from the posters are not part of our curriculum. However, students are continuously exposed to information in their lives beyond what they learn in our schools. These student-created posters represent information that is important to these students, are used in a way that is supportive and kind, and as such represent protected speech under the First Amendment. I have reviewed the recent and historic case law, along with advice from the school board attorney and accordingly find nothing about this student "speech" that would give the district cause to censor it.

We are aware that there have been numerous social media postings about this issue on a variety of pages and sites, some of which identified our students, our school and our community. We are aware that there are strong opinions. Although these opinions are being widely shared by adults outside of our school, I want to assure you that there has been no impact on student learning within the school. School is operating normally.

We are also aware that this has caused safety and security concerns for many families. The safety and security of our students and staff is always of primary importance, and ensuring that has been my first priority, even as we responded to this situation over the past couple of days. I assure you that I have been in continuous close contact with the North Hanover Police and they have been very supportive and present for us. They are taking any risks very seriously, are aware of our concerns and have been working on their end to provide any support we need.

Thank you for your ongoing support of our school district.

Helen Payne

*www.nhanover.com*

North Hanover Township School District would like to continue connecting with you via email. If you prefer to be removed from our list, please contact North Hanover Township School District directly. To stop receiving all email messages distributed through our SchoolMessenger service, follow this link and confirm: Unsubscribe

SchoolMessenger is a notification service used by the nation's leading school systems to connect with parents, students and staff through voice, SMS text, email, and social media.

**PLAINTIFF'S EXHIBIT**

**27**

| | |
|---|---|
| **From:** | Andrew Zuckerman <azuckerman@nburlington.com> |
| **Sent:** | Thursday, December 8, 2022 11:07 AM |
| **To:** | HALL, MEGAN F Lt Col USAF AMC 87 MSG/CD |
| **Cc:** | GRIMMETT, ROBERT E III Col USAF AMC 87 MSG/CC; NAIDA, NIKALEA A NF-04 USAF AMC 87 FSS/FSFC; MATHEWS, STEVEN R CMSgt USAF AMC 87 MSG/SEL; North Hanover |
| **Subject:** | Re: JB MDL Parent Concerns Over Social Media Post by Ms. Angela Reading |

Good morning Lieutenant Colonel Hall,

I am following up on our recent e-mail correspondences.  Last night, I received a resignation letter from Angela Reading relinquishing her position on the Northern Burlington Board of Education.  I know this doesn't change much of the situation but I did want to make you aware of the update.

All the best and I look forward to meeting you in the future.

Respectfully,

Andrew Zuckerman

Andrew Zuckerman, Ed.D.
Superintendent
Northern Burlington County Regional Schools
609-298-3900 x2006
Twitter: @azuck1

**NB**

**From:** HALL, MEGAN F Lt Col USAF AMC 87 MSG/CD
**Sent:** Thursday, December 1, 2022 1:33 PM
**To:** Andrew Zuckerman; Helen Payne
**Cc:** GRIMMETT, ROBERT E III Col USAF AMC 87 MSG/CC; NAIDA, NIKALEA A NF-04 USAF AMC 87 FSS/FSFC; MATHEWS, STEVEN R CMSgt USAF AMC 87 MSG/SEL
**Subject:** RE: JB MDL Parent Concerns Over Social Media Post by Ms. Angela Reading

Dr. Zuckerman,
Thank you for the note and assistance in this matter.  Looking forward to meeting you in the near future.
V/r
mfh

1

From: Andrew Zuckerman <azuckerman@nburlington.com>
Sent: Wednesday, November 30, 2022 1:46 PM
To: HALL, MEGAN F Lt Col USAF AMC 87 MSG/CD <megan.hall@us.af.mil>; Helen Payne <hpayne@nhanover.com>
Cc: GRIMMETT, ROBERT E III Col USAF AMC 87 MSG/CC <robert.grimmett@us.af.mil>; NAIDA, NIKALEA A NF-04 USAF
AMC 87 FSS/FSFC <nikalea.naida@us.af.mil>; MATHEWS, STEVEN R CMSgt USAF AMC 87 MSG/SEL
<steven.mathews.1@us.af.mil>
Subject: [URL Verdict: Neutral][Non-DoD Source] Re: JB MDL Parent Concerns Over Social Media Post by Ms. Angela
Reading

Colonel Hall,

Thank you for your e-mail. I have been in correspondence with Ms. Payne and I am actively looking into the
situations and next steps.

I can assure you that the safety of our students and staff are our top priority. My cell phone number is listed
below. Feel free to contact me to discuss this or anything else when needed in the future.

Respectfully,

Andrew Zuckerman
215-870-0698

Andrew Zuckerman, Ed.D.
Superintendent
Northern Burlington County Regional Schools
609-298-3900 x2006
Twitter: @azuck1



From: HALL, MEGAN F Lt Col USAF AMC 87 MSG/CD
Sent: Wednesday, November 30, 2022 11:32 AM
To: Helen Payne; Andrew Zuckerman
Cc: GRIMMETT, ROBERT E III Col USAF AMC 87 MSG/CC; NAIDA, NIKALEA A NF-04 USAF AMC 87 FSS/FSFC;
MATHEWS, STEVEN R CMSgt USAF AMC 87 MSG/SEL
Subject: JB MDL Parent Concerns Over Social Media Post by Ms. Angela Reading

Ms. Payne and Dr. Zuckerman,

I hope all is well with you and that you had a great Thanksgiving. I wanted to reach out to the both of you to make you
aware of parent concerns regarding recent social media posts presented by Ms. Angela Reading. While I understand she
serves as a board member for the Northern Burlington School District, her recent posts to social media impacts military
families/students in North Hanover's School District. Ms. Reading has posted several times in both private and public
forums expressing how "livid" (her words), she was after seeing a bulletin board display during the recent Math Night at
Upper Elementary School. She posted pictures of the children's art work and expressed her belief that the school is

"perverse to expose my kids to sexual context." She further proceeded to tell the community there "is never going to be an opt-out" of the health curriculum, and she speaks of this as a private citizen and in her capacity as a board member. In an additional post, she states she is speaking on behalf of her husband Mr. Bryan Reading, who I understand serves as a board member for North Hanover School District, and his thoughts on the subject.

These posts have created a concern for the safety of our military children and families as they could become targets from extremist personnel/groups. The posts are specific in nature to the school, the issue, and some posts exposed parents' names. Furthermore, Ms. Angela Reading encouraged people of like mindedness to attend the monthly BOE meetings and express the same view point. Her initial posts have grown to more groups and recently landed an article titled "Kiddy Sex Posters in North Hanover Township" by Chaos and Control.
Site: https://chaosandcontrol.substack.com/p/kiddy-sex-posters-in-north-hanover/comments

I would like to respectfully request that you both look into this matter to ensure the safety of all members moving forward. I asked our concerned parents as to what they thought the right outcome should be and they provided everything from "she should excuse herself for potentially violating ethics violations" to just "removing the post all together with none further."

I have provided Ms. Payne sample posts and can provide to you, Dr. Zuckerman, if needed.
Please let me know if you need anything further

V/r
mfh

MEGAN F. HALL, Lt Col, USAF
Deputy Commander, 87th Mission Support Group
2901 Falcon Lane
JBMDL NJ 08641
megan.hall@us.af.mil
DSN: 650-3291
COM: 609-754-3291
Cell: 609-351-2623

| | |
|---|---|
| **From:** | Helen Payne <hpayne@nhanover.com> |
| **Sent:** | Thursday, December 8, 2022 11:16 AM |
| **To:** | Andrew Zuckerman |
| **Cc:** | GRIMMETT, ROBERT E III Col USAF AMC 87 MSG/CC; HALL, MEGAN F Lt Col USAF AMC 87 MSG/CD; MATHEWS, STEVEN R CMSgt USAF AMC 87 MSG/SEL; NAIDA, NIKALEA A NF-04 USAF AMC 87 FSS/FSFC |
| **Subject:** | Re: JB MDL Parent Concerns Over Social Media Post by Ms. Angela Reading |

CAUTION: This is email originated from outside of the organization.  Please exercise caution when clicking links, opening attachments, or providing personal information.

Good morning:
Mr. Bryan Reading has similarly resigned  from the North Hanover Board of Education.
Helen Payne

On Thu, Dec 8, 2022 at 11:07 AM Andrew Zuckerman <azuckerman@nburlington.com> wrote:
Good morning Lieutenant Colonel Hall,

I am following up on our recent e-mail correspondences. Last night, I received a resignation letter from Angela Reading relinquishing her position on the Northern Burlington Board of Education.  I know this doesn't change much of the situation but I did want to make you aware of the update.

All the best and I look forward to meeting you in the future.

Respectfully,

Andrew Zuckerman


Andrew Zuckerman, Ed.D.
Superintendent
Northern Burlington County Regional Schools
609-298-3900 x2006
Twitter: @azuck1



---

**From:** HALL, MEGAN F Lt Col USAF AMC 87 MSG/CD
**Sent:** Thursday, December 1, 2022 1:33 PM
**To:** Andrew Zuckerman; Helen Payne

**Cc:** GRIMMETT, ROBERT E III Col USAF AMC 87 MSG/CC; NAIDA, NIKALEA A NF-04 USAF AMC 87 FSS/FSFC; MATHEWS, STEVEN R CMSgt USAF AMC 87 MSG/SEL
**Subject:** RE: JB MDL Parent Concerns Over Social Media Post by Ms. Angela Reading

Dr. Zuckerman,
Thank you for the note and assistance in this matter. Looking forward to meeting you in the near future.
V/r
mfh

**From:** Andrew Zuckerman <azuckerman@nburlington.com>
**Sent:** Wednesday, November 30, 2022 1:46 PM
**To:** HALL, MEGAN F Lt Col USAF AMC 87 MSG/CD <megan.hall@us.af.mil>; Helen Payne <hpayne@nhanover.com>
**Cc:** GRIMMETT, ROBERT E III Col USAF AMC 87 MSG/CC <robert.grimmett@us.af.mil>; NAIDA, NIKALEA A NF-04 USAF AMC 87 FSS/FSFC <nikalea.naida@us.af.mil>; MATHEWS, STEVEN R CMSgt USAF AMC 87 MSG/SEL <steven.mathews.1@us.af.mil>
**Subject:** [URL Verdict: Neutral][Non-DoD Source] Re: JB MDL Parent Concerns Over Social Media Post by Ms. Angela Reading

Colonel Hall,

Thank you for your e-mail. I have been in correspondence with Ms. Payne and I am actively looking into the situations and next steps.

I can assure you that the safety of our students and staff are our top priority. My cell phone number is listed below. Feel free to contact me to discuss this or anything else when needed in the future.

Respectfully,

Andrew Zuckerman
215-870-0698

Andrew Zuckerman, Ed.D.
Superintendent
Northern Burlington County Regional Schools
609-298-3900 x2006
Twitter: @azuck1

---

**From:** HALL, MEGAN F Lt Col USAF AMC 87 MSG/CD
**Sent:** Wednesday, November 30, 2022 11:32 AM
**To:** Helen Payne; Andrew Zuckerman
**Cc:** GRIMMETT, ROBERT E III Col USAF AMC 87 MSG/CC; NAIDA, NIKALEA A NF-04 USAF AMC 87 FSS/FSFC; MATHEWS, STEVEN R CMSgt USAF AMC 87 MSG/SEL
**Subject:** JB MDL Parent Concerns Over Social Media Post by Ms. Angela Reading

Ms. Payne and Dr. Zuckerman,

I hope all is well with you and that you had a great Thanksgiving. I wanted to reach out to the both of you to make you aware of parent concerns regarding recent social media posts presented by Ms. Angela Reading. While I understand she serves as a board member for the Northern Burlington School District, her recent posts to social media impacts military families/students in North Hanover's School District. Ms. Reading has posted several times in both private and public forums expressing how "livid" (her words), she was after seeing a bulletin board display during the recent Math Night at Upper Elementary School. She posted pictures of the children's art work and expressed her belief that the school is "perverse to expose my kids to sexual context." She further proceeded to tell the community there "is never going to be an opt-out" of the health curriculum, and she speaks of this as a private citizen and in her capacity as a board member. In an additional post, she states she is speaking on behalf of her husband Mr. Bryan Reading, who I understand serves as a board member for North Hanover School District, and his thoughts on the subject.

These posts have created a concern for the safety of our military children and families as they could become targets from extremist personnel/groups. The posts are specific in nature to the school, the issue, and some posts exposed parents' names. Furthermore, Ms. Angela Reading encouraged people of like mindedness to attend the monthly BOE meetings and express the same view point. Her initial posts have grown to more groups and recently landed an article titled "Kiddy Sex Posters in North Hanover Township" by Chaos and Control.
Site: https://chaosandcontrol.substack.com/p/kiddy-sex-posters-in-north-hanover/comments

I would like to respectfully request that you both look into this matter to ensure the safety of all members moving forward. I asked our concerned parents as to what they thought the right outcome should be and they provided everything from "she should excuse herself for potentially violating ethics violations" to just "removing the post all together with none further."

I have provided Ms. Payne sample posts and can provide to you, Dr. Zuckerman, if needed.
Please let me know if you need anything further

V/r
mfh

MEGAN F. HALL, Lt Col, USAF
Deputy Commander, 87th Mission Support Group
2901 Falcon Lane
JBMDL NJ 08641
megan.hall@us.af.mil
DSN: 650-3291
COM: 609-754-3291
Cell: 609-351-2623

--

Helen Payne
Superintendent
North Hanover Township School District
609-738-2600
www.nhanover.com

| | |
|---|---|
| **From:** | HALL, MEGAN F Lt Col USAF AMC 87 MSG/CD <megan.hall@us.af.mil> |
| **Sent:** | Thursday, December 8, 2022 11:25 AM |
| **To:** | Helen Payne; Andrew Zuckerman |
| **Cc:** | GRIMMETT, ROBERT E III Col USAF AMC 87 MSG/CC; MATHEWS, STEVEN R CMSgt USAF AMC 87 MSG/SEL; NAIDA, NIKALEA A NF-04 USAF AMC 87 FSS/FSFC |
| **Subject:** | RE: [URL Verdict: Neutral][Non-DoD Source] Re: JB MDL Parent Concerns Over Social Media Post by Ms. Angela Reading |

Team,
Thank you.  Please note we appreciate everything you do for you kids and families here at JB MDL.
I look forward to it as well.
V/r
mfh

**From:** Helen Payne <hpayne@nhanover.com>
**Sent:** Thursday, December 8, 2022 11:16 AM
**To:** Andrew Zuckerman <azuckerman@nburlington.com>
**Cc:** GRIMMETT, ROBERT E III Col USAF AMC 87 MSG/CC <robert.grimmett@us.af.mil>; HALL, MEGAN F Lt Col USAF AMC 87 MSG/CD <megan.hall@us.af.mil>; MATHEWS, STEVEN R CMSgt USAF AMC 87 MSG/SEL <steven.mathews.1@us.af.mil>; NAIDA, NIKALEA A NF-04 USAF AMC 87 FSS/FSFC <nikalea.naida@us.af.mil>
**Subject:** [URL Verdict: Neutral][Non-DoD Source] Re: JB MDL Parent Concerns Over Social Media Post by Ms. Angela Reading

Good morning:
Mr. Bryan Reading has similarly resigned  from the North Hanover Board of Education.
Helen Payne

On Thu, Dec 8, 2022 at 11:07 AM Andrew Zuckerman <azuckerman@nburlington.com> wrote:

Good morning Lieutenant Colonel Hall,

I am following up on our recent e-mail correspondences.  Last night, I received a resignation letter from Angela Reading relinquishing her position on the Northern Burlington Board of Education.  I know this doesn't change much of the situation but I did want to make you aware of the update.

All the best and I look forward to meeting you in the future.

Respectfully,

Andrew Zuckerman

Andrew Zuckerman, Ed.D.
Superintendent
Northern Burlington County Regional Schools
609-298-3900 x2006
Twitter: @azuck1



**From:** HALL, MEGAN F Lt Col USAF AMC 87 MSG/CD
**Sent:** Thursday, December 1, 2022 1:33 PM
**To:** Andrew Zuckerman; Helen Payne
**Cc:** GRIMMETT, ROBERT E III Col USAF AMC 87 MSG/CC; NAIDA, NIKALEA A NF-04 USAF AMC 87 FSS/FSFC; MATHEWS, STEVEN R CMSgt USAF AMC 87 MSG/SEL
**Subject:** RE: JB MDL Parent Concerns Over Social Media Post by Ms. Angela Reading

Dr. Zuckerman,
Thank you for the note and assistance in this matter. Looking forward to meeting you in the near future.
V/r
mfh

**From:** Andrew Zuckerman <azuckerman@nburlington.com>
**Sent:** Wednesday, November 30, 2022 1:46 PM
**To:** HALL, MEGAN F Lt Col USAF AMC 87 MSG/CD <megan.hall@us.af.mil>; Helen Payne <hpayne@nhanover.com>
**Cc:** GRIMMETT, ROBERT E III Col USAF AMC 87 MSG/CC <robert.grimmett@us.af.mil>; NAIDA, NIKALEA A NF-04 USAF AMC 87 FSS/FSFC <nikalea.naida@us.af.mil>; MATHEWS, STEVEN R CMSgt USAF AMC 87 MSG/SEL <steven.mathews.1@us.af.mil>
**Subject:** [URL Verdict: Neutral][Non-DoD Source] Re: JB MDL Parent Concerns Over Social Media Post by Ms. Angela Reading

Colonel Hall,

Thank you for your e-mail. I have been in correspondence with Ms. Payne and I am actively looking into the situations and next steps.

I can assure you that the safety of our students and staff are our top priority. My cell phone number is listed below. Feel free to contact me to discuss this or anything else when needed in the future.

Respectfully,

Andrew Zuckerman
215-870-0698

Andrew Zuckerman, Ed.D.
Superintendent
Northern Burlington County Regional Schools
609-298-3900 x2006
Twitter: @azuck1