**Kalavruzos, Mumola, Hartman,
Lento and Duff, LLC**
Attorney of Record: William R. Burns, Esq. (018892001)
29 Hadley Avenue
Toms River, NJ 08753
☎ 732.475.4740
📠 609.586.9404
✉ [wburns@kmhldlaw.com](mailto:wburns@kmhldlaw.com)
*Attorneys for Defendant, Christopher Schilling **in his individual capacity***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
### *CAMDEN VICINAGE*

| | |
|---|---|
| ANGELA READING,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT DUFF, in his individual capacity and his official capacity as Chief of Police for North Hanover Township;<br><br>HELEN PAYNE, in her individual capacity and her official capacity as Superintendent of the North Hanover Township School District;<br><br>COLONEL WES ADAMS, in his official capacity as Commander, Joint Base McGuire-Dix-Lakehurst (JB MDL) and 87th Air Base Wing, JB MDL, New Jersey;<br><br>COLONEL ROBERT GRIMMETT, in his official capacity as Commander of the 87th Mission Support Group of the U.S. Air Force, Joint Base McGuire-Dix-Lakehurst, and in his individual capacity;<br><br>LIEUTENANT COLONEL MEGAN HALL, in her official capacity as a Lieutenant Colonel in the U.S. Air Force and Deputy Commander of the 87th Security Forces Squadron, Joint Base McGuire-Dix-Lakehurst, and in her individual capacity;<br><br>MAJOR NATHANIEL LESHER, in his official capacity as a Major in the U.S. Air Force and Commander of the 87th Security Forces Squadron, Joint Base McGuire-Dix-Lakehurst, and in his individual capacity; | Docket Number:<br>1:23-CV-01469-KMW-EAP<br><br>Civil Action<br><br>**ENTRY OF APPEARANCE & CONFIRMATION OF DATE TO ANSWER, MOVE OR OTHERWISE REPLY** |

|  |  |
|---|---|
| MAJOR CHRISTOPHER SCHILLING, in his official capacity as a Major and Operations Officer in the U.S. Army Reserve, Joint Base McGuire-Dix-Lakehurst, and in his individual capacity;<br><br>JOSEPH VAZQUEZ, in his official capacity as "Antiterrorism Program Manager", Joint Base McGuire-Dix-Lakehurst, and in his individual capacity;<br><br>COLONEL MITCHELL WISNIEWSKI, in his official capacity as Deputy Commander, Joint Base McGuire-Dix- Lakehurst and Commander of Army Support Activity;<br><br>     Defendants. |  |

**TO:**  Clerk, United States District Court for the District of New Jersey
and all parties of record

Please enter the appearance of William R. Burns, Esq. on behalf of Defendant, Christopher Schilling in his individual capacity, in the above captioned matter.

Further, Christopher Schilling is a United States Officer and/or Employee sued in his individual capacity. As such, pursuant to Fed. R. Civ. P. 12(a)(3) Mr. Schilling must answer, move, or otherwise reply to the Amended Complaint within sixty (60) days of the service of the Complaint. According to Docket Document Number 12 Mr. Schilling was served on April 5, 2023. As such Christopher Schilling must answer, move, or otherwise reply to the Amended Complaint by or before June 4, 2023, unless an extension of time is granted.

Date: May 2, 2023

**Kalavruzos, Mumola, Hartman, Lento, and Duff, LLC**

BY: _[signature]_

William R. Burns, Esq. (018892001)