**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY
(Camden Vicinage)**

| | |
|---|---|
| **ANGELA READING,** ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:23-cv-01469-KWM-EAP |
| **ROBERT DUFF,** in his individual and official ) | |
| capacities**,** et al., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S MOTION FOR A PRELIMINARY
INJUNCTION PURSUANT TO FED. R. CIV. P. 65(a)**

**PLEASE TAKE NOTICE** that on a date to be fixed by the Court, and before the Honorable Karen M. Williams, U.S.D.J., Plaintiff Angela Reading, by and through their undersigned counsel will, and hereby does, move this Court, pursuant to Fed. R. Civ. P. 65(a), for a preliminary injunction:

(1) prohibiting Defendants, their successors in office, and all those acting in concert with them, from acting in the course of their official duties to:

(i)  censor;

(ii) attempt to censor;

(iii) direct or pressure others to censor;

(iv) "threat-tag" or designate as "stochastic terrorism" or its equivalent;

(v) refer to law enforcement or security agencies; or

(vi) otherwise take any official action or permit the existence or continuation of

any official policy or practice involving adverse action against Plaintiff's or

others' protected speech not constituting a true threat or incitement to violence as defined by controlling Supreme Court precedent;

(vii) adopt any policy or practice that would violate restrictions (i)-(vi); and

(2) requiring Defendants to undergo regular First Amendment training to ensure compliance with this injunction.

In support of her motion, Plaintiff relies upon the First Amended Complaint and the Exhibits thereto (ECF Doc. 32), and the Unsworn Supplemental Declaration of Plaintiff Angela Reading and the Exhibits thereto; the Unsworn Declaration of Nicole Stouffer; and the Supporting Memorandum of Law, all being electronically filed herewith.

Dated: May 4, 2023

Respectfully submitted,

/s/ Christopher A. Ferrara
Christopher A. Ferrara, Esq.
Special Counsel – Thomas More Society
420 Route 46 East – Suite 12
Fairfield, New Jersey, 07004
Telephone: (973) 244-9895
Email: caferrara@thomasmoresociety.org

/s/ Michael G. McHale
Michael G. McHale*
Senior Counsel – Thomas More Society
10506 Burt Circle, Ste. 110
Omaha, NE 68114
Telephone: 402-501-8586
mmchale@thomasmoresociety.org
Counsel for Plaintiff
*Pro Hac Vice motion filed

/s/ B. Tyler Brooks
B. Tyler Brooks†
N.C. Bar No. 37604
Senior Counsel – Thomas More Society
P.O. Box 10767
Greensboro, NC 27404
Telephone: (336) 707-8855
tbrooks@thomasmoresociety.org
† *Pro Hac Vice* motion filed

# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW JERSEY
### (Camden Vicinage)

| | |
|---|---|
| **ANGELA READING,** <br>                 Plaintiff, <br><br>     v. <br><br> **ROBERT DUFF,** in his individual and official capacities**,** et al., <br><br>                 Defendants. | Case No. 1:23-cv-01469-KWM-EAP |

## CERTIFICATE OF SERVICE

I, Christopher A. Ferrara, Special Counsel to The Thomas More Society, do hereby certify that on this 4th day of May 2023, the Plaintiff's Motion for a Preliminary Injunction; Supplemental Declaration of Angela Reading and Exhibits; Declaration of Nicole Stouffer; supporting Memorandum of Law and Proposed Order were served on the attorneys for Defendants Payne, Schilling and Duff by ECF on May 4, 2023.  The attorneys for all military defendants will be served by Federal Express on May 5, 2023 with a separate Certificate of Service to follow.

Dated: May 4, 2023

                                                                          s/ Christopher A. Ferrara
                                                                          CHRISTOPHER A. FERRARA, ESQ.
                                                                          Special Counsel – Thomas More Society
                                                                          420 Route 46 East – Suite 12
                                                                          Fairfield, New Jersey, 07004
                                                                          Telephone: (973) 244-9895
                                                                          caferrara@thomasmoresociety.org