IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| ANGELA READING,<br><br>                Plaintiff,<br><br>      v.<br><br>ROBERT DUFF, et al.,<br><br>                Defendants. | HONORABLE KAREN M. WILLIAMS<br><br>Civil Action<br>No. 23-01469-KMW-SAK<br><br>**MEMORANDUM OPINION & ORDER** |

**WILLIAMS, District Judge:**

       This matter having come before the Court on the Letter dated August 6, 2023, filed by all parties requesting an adjustment to the briefing schedule as set forth on May 25, 2023, (ECF No. 45), and for the conservation of counsel and judicial resources, the parties' August 6, 2023 letter, (ECF No. 71), will be granted and the briefing schedule will be adjusted as follows:

1. Motions under the current briefing schedule set forth on May 25, 2023, (ECF No. 45), will be postponed for 90 days;
2. Any Motions to Dismiss will be due November 9, 2023;
3. Opposition to any Motions to Dismiss will be due November 20, 2023; and
4. Replies in further support of any Motions to Dismiss will be due November 27, 2023.

       IT IS on this 11th day of **August 2023,** hereby

       **ORDERED** that the parties' August 6, 2023 letter (ECF No. 71) be **<u>GRANTED</u>**; and

       **ORDERED** that the briefing schedule as adjusted herein be the operative schedule for any Motions to Dismiss to be filed.

Dated: August 11, 2023                                       /s/ Karen M. Williams<br>
                                                                             KAREN M. WILLIAMS<br>
                                                                             United States District Judge