

U.S. Department of Justice

United States Attorney
District of New Jersey
*Civil Division*

---

PHILIP R. SELLINGER
UNITED STATES ATTORNEY

*John F. Basiak Jr.*
*Assistant United States Attorney*
*Deputy Chief, Civil Division*

402 East State Street, Room 430
Trenton, NJ 08608
john.basiak@usdoj.gov

main: (609) 989-2190
direct:(609) 858-0309
fax:   (609) 989-2275

November 6, 2023

**Via ECF**
Hon. Karen M. Williams, U.S.D.J.
United States District Court
Mitchell H. Cohen Courthouse
4th & Cooper Streets
Camden, NJ 08101

**SO ORDERED this** 7th **day**
**of** November **20** 23

*Sharon A. King*
**Sharon A. King, USMJ**

Re:   *Reading v. Duff*, No. 23-cv-01469
      Joint 30-Day Extension Request for Motions to Dismiss

Dear Judge Williams:

    This Office represents Col Wes Adams, Col Robert Grimmett, Lt Col Megan Hall, Maj Nathaniel Lesher, Joseph Vazquez, and Mitchell Wisniewski in their official and individual capacities, as well as MAJ Christopher Shilling in his official capacity only (collectively, the "Federal Defendants"). I write with the consent of all counsel of record to respectfully request a 30-day extension of time for Defendants to answer, move, or otherwise respond to Plaintiff's amended complaint (ECF No. 32). The present due date for all Defendants is November 9, 2023. If the Court grants this request, Defendants' deadline would be December 11, 2023.[1]

---

[1] The Federal Defendants previously sought an extension of the answer deadline to preserve the "status quo" so that the Federal Defendants sued in their individual capacities could retain counsel to represent them. *See* ECF No. 41. Plaintiff, with the consent of all counsel, previously sought an adjournment of the answer deadline because "[t]he parties believe that litigating the pending preliminary injunction motion first would serve judicial economy and minimize the burdens on counsel and the Court." *See* ECF No. 71.

Good cause exists to grant this request because the Federal Defendants need additional time to coordinate with components from the Department of Justice, U.S. Army, and U.S. Air Force prior to filing their anticipated motions to dismiss. Furthermore, if the Court grants the Federal Defendants' adjournment request and decides Plaintiff's motion for a preliminary injunction (ECF No. 38) prior to December 11, 2023, it will allow Defendants to tailor their motions to that decision, creating more streamlined and efficient arguments, to the benefit of the parties and the Court.

Should this proposal be acceptable to Your Honor, I respectfully request that you "so order" this letter and have the Clerk's Office file it on the docket. Thank you very much for your consideration of this request.

Respectfully submitted,

PHILIP R. SELLINGER
United States Attorney

By: /s/ John F. Basiak Jr.
JOHN F. BASIAK JR.
HEATHER C. COSTANZO
Assistant United States Attorneys
*Attorneys for Federal Defendants*

cc: All counsel of record (via ECF)