# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANGELA READING,<br><br>*Plaintiff,*<br><br>v.<br><br>ROBERT DUFF, *et al.*,<br><br>*Defendants.* | Hon. Karen M. Williams, U.S.D.J.<br>Hon. Sharon A. King, U.S.M.J.<br><br>Civil Action No. 23-cv-01469 |

## STIPULATION OF VOLUNTARY DISMISSAL OF COUNT VII WITH PREJUDICE

IT IS HEREBY stipulated and agreed by Plaintiff and Defendants Col Robert Grimmett, Lt Col Megan Hall, Maj Nathaniel Lesher, Joseph Vazquez, and MAJ Christopher Schilling in his official capacity only[1] (collectively, the "Federal Defendants"), that Count VII of the Amended Complaint (ECF No. 32), brought under the Religious Freedom Restoration Act, 42 U.S.C. 2000bb-1, *et seq.*, against the Federal Defendants is dismissed with prejudice and without costs or attorneys' fees against either Plaintiff or the Federal Defendants.

| THOMAS MORE SOCIETY | PHILIP R. SELLINGER<br>United States Attorney |
|---|---|
| By: /s/ Christopher A. Ferrara<br>    CHRISTOPHER A. FERRARA<br>    MICHAEL G. McHALE<br>    B. TYLER BROOKS<br>    *Attorneys for Plaintiff* | By: /s/ John F. Basiak Jr.<br>    JOHN F. BASIAK JR.<br>    HEATHER C. COSTANZO<br>    Assistant U.S. Attorneys<br>    *Attorneys for Federal Defendants* |

---

[1] The United States Attorney's Office represents the Federal Defendants in their individual and official capacities, except MAJ Christopher Schilling, which this Office represents in his official capacity only.

SO ORDERED:

                                                                                                 _____
                                                                                                 HON. KAREN M. WILLIAMS
                                                                                                 United States District Judge

Date: _____

At Camden, New Jersey