UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 23-3092
_____

ANGELA READING,
Appellant

v.

NORTH HANOVER TOWNSHIP, NEW JERSEY; ROBERT DUFF, in his individual capacity and in his official capacity as Chief of Police for North Hanover Township; HELEN PAYNE, in her individual capacity; COLONEL WES ADAMS, in his individual capacity and in his official capacity as Commander, Joint Base McGuire-Dix-Lakehurst (JB MDL) and 87th Air Base Wing, JB MDL, New Jersey; COLONEL ROBERT GRIMMETT, in his individual capacity and in his official capacity as Commander of the 87th Mission Support Group of the U.S. Air Force; LT. COL. MEGAN HALL, in her individual capacity and in her official capacity as a Lieutenant Colonel in the U.S. Air Force and Deputy Commander of the 87th Security Forces Squadron; MAJOR NATHANIEL LESHER, in his individual capacity and in his official capacity as a Major in the U.S. Air Force; MAJOR CHRISTOPHER SCHILLING, in his individual capacity and in his official capacity as a Major in the U.S. Army Reserve; JOSEPH VAZQUEZ, in his individual capacity and in his official capacity as a Civilian U.S. Department of the Air Force Employee; COLONEL MITCHELL WISNIEWSKI, in his individual capacity and in his official capacity as Deputy Commander, Joint Base McGuire-Dix-Lakehurst and Commander Army Support Activity
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 1-23-cv-01469)
District Judge: Honorable Karen M. Williams
_____

Argued on September 4, 2024

Before: JORDAN, HARDIMAN, and PORTER, *Circuit Judges*.
_____

JUDGMENT
_____

This cause came on to be considered on the record from the United States District Court for the District of New Jersey and was argued on September 4, 2024. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the order of the District Court entered November 17, 2023, be and the same is hereby AFFIRMED. All of the above in accordance with the opinion of this Court.

Costs shall be taxed against Appellant.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: December 20, 2024