UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANGELA READING,<br><br>    *Plaintiff,*<br><br>v.<br><br>ROBERT DUFF, *et al.,*<br><br>    *Defendants.* | HON. KAREN M. WILLIAMS, U.S.D.J.<br>HON. SHARON A. KING, U.S.M.J.<br><br>Civil Action No. 23-1469 |

### CONSENT ORDER TO IMPLEMENT MANDATE, LIFT STAY, AND SET BRIEFING SCHEDULE

**WHEREAS** on June 24, 2024, Plaintiff Angela Reading filed a motion for leave to file a Second Amended Complaint; and

**WHEREAS** on June 25, 2024, this Court stayed all proceedings in this action pending the resolution of Plaintiff's interlocutory appeal of the Court's order denying her motion for a preliminary injunction; and

**WHEREAS** on December 20, 2024, the U.S. Court of Appeals for the Third Circuit issued an opinion and judgment affirming this Court's order and taxing costs against Plaintiff; and

**WHEREAS** on February 11, 2025, the Third Circuit's Mandate was entered in this Court, ECF No. 119; and

**WHEREAS** Plaintiff has shared her proposed revised Second Amended Complaint with Defendants, and Defendants consent to its filing including the addition of new factual allegations, new claims, and three new defendants; and

1

**WHEREAS** the three proposed new defendants are the Secretary of the Department of Homeland Security (DHS), the Administrator of the Transportation Security Administration (TSA), and the Director of the New Jersey Office of Homeland Security and Preparedness (NJOHSP), in their official capacities; and

**WHEREAS** under Federal Rule of Civil Procedure 15(a)(2) an amended complaint can be filed with consent of the opposing parties, and under Federal Rule of Civil Procedure 21, on motion or on its own, the Court may at any time, on just terms, add parties; and

**WHEREAS** the parties have conferred and agreed to a schedule with respect to Plaintiff Angela Reading's revised proposed Second Amended Complaint, the addition of new parties, and Defendants' anticipated motions to dismiss;

**IT IS** on this _26th_ day of February, 2025:

**ORDERED** pursuant to Local Civil Rule 79.4 and the Third Circuit's Mandate that costs in the amount of $76.77 are taxed against Plaintiff and in favor of Defendant Helen Payne; and it is further

**ORDERED** that the stay of proceedings is lifted; and it is further

**ORDERED** that on just terms the new defendants are hereby added as parties; and it is further

**ORDERED** that Plaintiff may file a Second Amended Complaint within two weeks from the date of this Order; and it is further

**ORDERED** that Plaintiff will timely serve the new defendants; and it is

further

**ORDERED** that Defendants and the new defendants will answer or move to dismiss the Second Amended Complaint by the latest date allowed for any Defendant or new defendant under applicable rules including Federal Rules of Civil Procedure 15(a)(3) and 12(a) and in any event all parties have at least 30 days after filing of the Second Amended Complaint to answer or move to dismiss; and it is further

**ORDERED** that Plaintiff may file an opposition within thirty (30) days from the latest date a motion to dismiss is filed; and it is further

**ORDERED** that Defendants and new defendants may file a reply within fifteen (15) days from the date Plaintiff's opposition is filed.

　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　HON. KAREN M. WILLIAMS
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Date: February 26, 2025
At Camden, New Jersey

We hereby consent to the form and entry of the within Consent Order.

| | |
|---|---|
| THOMAS MORE SOCIETY | VIKAS KHANNA<br>Acting United States Attorney |

By:    */s Christoper A. Ferrara*
     CHRISTOPHER A. FERRARA
     MICHAEL G. McHALE
     B. TYLER BROOKS
     ADAM S. HOCHSCHILD
     *Attorneys for Plaintiff*

By:    */s Andrew Boccio*
     JOHN F. BASIAK JR.
     ANDREW BOCCIO
     DAVID INKELES
     Assistant U.S. Attorneys
     *Attorneys for Federal Defendants*

MARSHALL DENNEHEY            MADDEN & MADDEN, P.A.

By:    */s Matthew J. Behr*
     MATTHEW J. BEHR
     *Attorneys for Defendant*
     *Robert Duff*

By:    */s Michael V. Madden*
     MICHAEL V. MADDEN
     MARK WILLIAM STRASLE
     *Attorneys for Defendant*
     *Helen Payne*

THOMAS, THOMAS & HAFER LLP

By:    */s Gordon A. Einhorn*
     GORDON A. EINHORN
     *Attorneys for Defendant*
     *Christopher Schilling, in his*
     *Individual Capacity*