

**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

---

ALINA HABBA
UNITED STATES ATTORNEY

*Andrew Boccio*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
[andrew.boccio@usdoj.gov](mailto:andrew.boccio@usdoj.gov)

*main: (973) 645-2700*
*direct:(973) 645-2781*

May 15, 2025

**Via Electronic Filing**
Honorable Karen M. Williams, U.S.D.J.
United States District Court
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

    Re: *Reading v. Duff,* No. 23-cv-1469 (KMW)(SAK)
         Request to File Overlength Brief

Dear Judge Williams:

    This office represents the Individual Federal Defendants[1] and Federal Official Capacity Defendants[2] (together, the "Federal Defendants") in the above-referenced mandamus case arising from the alleged violation of Plaintiff Angela Reading's First Amendment rights. With Plaintiff's consent, we respectfully request leave to file an overlength brief of 40-pages in 12-point proportional font in support of our forthcoming motion to dismiss, which is due on May 28, 2025.

    The Federal Defendants respectfully submit that they require additional pages to fully respond to the wide-ranging issues raised by Plaintiff's Second Amended Complaint, which includes 91-pages, 310 paragraphs, and 44 exhibits incorporated by reference. This office represents 4 federal officers sued in their individual capacity and 9 federal officers sued in their official capacity. Plaintiff brings multiple claims against these defendants that each raise complex legal and factual questions. We

---

[1] The Individual Federal Defendants represented by this office are Colonel Robert Grimmett. Lieutenant Colonel Megan Hall, Major Nathaniel Lesher, and Joseph Vazquez in their individual capacities. Plaintiff also sued a fifth federal employee in his individual capacity, Major Christopher Schilling, who is represented by private counsel.

[2] The Federal Official Capacity Defendants are Colonel Wes Adams, Colonel Robert Grimmett, Lieutenant Colonel Megan Hall, Major Nathaniel Lesher, Major Christopher Schilling, Joseph Vazquez, Colonel Mitchell Wisniewski, Kristi Noem, and Adam Stahl in their official capacities.

therefore respectfully request 10 additional pages to adequately present all the defenses relevant to this action.

We would of course consent to a similar extension of the page limit for Plaintiff's opposition brief or an extension of Plaintiff's time to respond should she request it. Thank you very much for your consideration.

                                                Respectfully submitted,

                                                ALINA HABBA
                                                United States Attorney

So Ordered on 5/21/2025.

                                        By:    *s/ Andrew Boccio*

*Karen M. Williams*
                                                ANDREW BOCCIO
_____                 Assistant United States Attorney
KAREN M. WILLIAMS, U.S.D.J.       *Attorneys for Federal Defendants*

cc:    All counsel of record (via ECF)