# Thomas More SOCIETY
### LIFE · FAMILY · FREEDOM

August 6, 2025

Honorable Karen M. Williams, U.S.D.J.
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

RE:     Case Number: 1:23-CV-01469-KMW-EAP
          Reading v. Duff, No. 23-cv-01469
          Request for Five (5) Additional Brief Pages on Consent

Dear Judge Williams,

    With the consent of opposing counsel, I write to request Your Honor's permission for an additional five pages in Plaintiff's omnibus brief due August 15, 2025, for a total of 55 pages instead of 50. This will not affect the deadline for submission.

    I thank Your Honor for her kind consideration of this request.

Respectfully yours,

CHRISTOPHER A. FERRARA, ESQ.
Senior Counsel – Thomas More Society
420 Route 46 East, Ste 12
Fairfield, New Jersey 07004
Telephone: (973) 244-9895
cferrara@thomasmoresociety.org
*Counsel for Plaintiff*

So Ordered on 8/7/2025.

KAREN M. WILLIAMS, U.S.D.J.

c: All counsel via ECF