

**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

---

ALINA HABBA
ACTING UNITED STATES ATTORNEY

*David Inkeles*
*Assistant United States Attorney*

970 Broad Street, Suite 700
Newark, NJ 07102
david.inkeles@usdoj.gov

Main: (973) 645-2700
Direct: (973) 645-2813

September 15, 2025

So Ordered this 16th day
of September 2025

_____
KAREN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

**Via Electronic Filing**
Hon. Karen M. Williams, U.S.D.J.
United States District Court
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

    Re: *Reading v. Duff*, No. 23-cv-1469 (KMW)(SAK)
         **Request to File Overlength Reply Brief (With Consent)**

Dear Judge Williams:

    This Office represents the Federal Defendants in the above-referenced case arising from the alleged violation of Plaintiff Angela Reading's First Amendment rights. We respectfully write, with Plaintiff's consent, to request leave to file an overlength reply brief in further support of the Federal Defendants' motion to dismiss, which is due September 16, 2025.

    We respectfully submit that there is good cause to grant this request. As the Court is aware, Plaintiff's 91-page Second Amended Complaint asserts multiple claims against the Federal Defendants, who include four officers sued personally as well as officers sued in their official capacity. Plaintiff's claims and 55-page opposition brief implicate novel issues related to whether and to what extent a federal officer may be held personally liable under 42 U.S.C. § 1983; and questions of qualified immunity, which are evaluated on an individual defendant-by-individual defendant basis. We respectfully request permission to file a 22-page reply brief to adequately address these novel and important considerations.

    We thank the Court for its consideration of this request.