IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| ANGELA READING,<br><br>Plaintiff,<br><br>v.<br><br>NORTH HANOVER TOWNSHIP, NEW JERSEY, *et al.*,<br><br>Defendants. | HONORABLE KAREN M. WILLIAMS<br><br>Civil Action<br>No. 1:23-cv-1469-KMW-SAK<br><br>**ORDER** |

**THIS MATTER** having come before the Court on five Motions to Dismiss the Second Amended Complaint ("SAC") filed pursuant to Federal Rule of Civil Procedure 12(b)(6) by defendants Robert Duff, Helen Payne, Laurie Doran, Christopher Schilling, and the Federal Defendants[1] (collectively, "Federal Defendants"); the Court having considered Defendants' respective Motions (ECF Nos. 129, 130, 134, 140, 141), the Opposition thereto filed by plaintiff Angela Reading ("Plaintiff") (ECF No. 147), and Defendants' Replies (ECF Nos. 151, 153, 154, 155, 156); for the reasons set forth in the accompanying Opinion of even date;

**IT IS** this **13th** day of **January 2026** hereby

**ORDERED** that Defendant Robert Duff's Motion (ECF No. 129) is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. The Motion is **GRANTED** with respect to the claim asserted against him under Count III of the SAC, and that claim is accordingly **DISMISSED WITH PREJUDICE**;

2. The remainder of the Motion is **DENIED**; and it is further

---

[1] The "Federal Defendants" include: Colonel Wes Adams, Colonel Robert Grimmett, Lieutenant Colonel Megan Hall, Major Nathaniel Lesher, Major Christopher Schilling, Joseph Vazquez, Colonel Mitchell Wisniewski, Kristi Noem, and Adam Stahl.

**ORDERED** that Defendant Helen Payne's Motion (ECF No. 130) is **GRANTED** in its entirety and all claims asserted against her are accordingly **DISMISSED WITH PREJUDICE**; and it is further

**ORDERED** that Defendant Laurie Doran's Motion (ECF No. 134) is **GRANTED** in its entirety and all claims asserted against her are accordingly **DISMISSED WITHOUT PREJUDICE**; and it is further

**ORDERED** that Defendant Christopher Schilling's Motion (ECF No. 140) is **GRANTED** and all claims asserted against him in his individual capacity are accordingly **DISMISSED WITH PREJUDICE**; and it is further

**ORDERED** that the Federal Defendants' Motion (ECF No. 129) is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. The Motion is **GRANTED** with respect to the claims asserted under Counts II and V of the SAC against Adams, Grimmett, Hall, Lesher, Schilling, Vazquez, and Wisniewski, and those claims are accordingly **DISMISSED WITHOUT PREJUDICE**;
2. The Motion is **GRANTED** with respect to the claims asserted against all Federal Defendants under Count VI of the SAC, and those claims are accordingly **DISMISSED WITH PREJUDICE**;
3. The Motion is **GRANTED** with respect to the claims asserted against all Federal Defendants under Count VIII of the SAC, and those claims are accordingly **DISMISSED WITH PREJUDICE**;
3. The remainder of the Motion is **DENIED**.[2]

_____
KAREN M. WILLIAMS, U.S.D.J.

---

[2] The claims asserted under Counts II and V of the SAC against Noem and Stahl shall proceed.