

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

David Inkeles
Assistant United States Attorney

970 Broad Street, Suite 700
Newark, NJ 07102
david.inkeles@usdoj.gov

Main: (973) 645-2700
Direct: (973) 645-2813

January 28, 2026

SO ORDERED this 29th day
of January 20 26

*Sharon A. King*
**Sharon A. King, USMJ**

**Via Electronic Filing**
Hon. Karen M. Williams, U.S.D.J.
United States District Court
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

Re: *Reading v. Duff*, No. 23-cv-1469 (KMW)(SAK)
Two-Week Extension of Answer Deadline (On Consent)

Dear Judge Williams:

This Office represents federal officials from the U.S. Department of Homeland Security ("DHS") and Transportation Security Administration ("TSA"), in their official capacities (collectively, the "Federal Official Capacity Defendants"), in this action arising from the alleged violation of Plaintiff Angela Reading's First Amendment rights.[1] We respectfully write, on behalf of the Federal Official Capacity Defendants and Defendant Robert Duff, to request a two-week extension of the deadline for the remaining defendants to file their respective answers to the Second Amended Complaint under Rule 12(a)(4) of the Federal Rules of Civil Procedure. The current deadline is January 28. Should the Court grant this request, the new answer deadline would be February 11, 2026.

---

[1] This Office also represents several other federal officials in their individual and official capacities, whom the Court recently dismissed. *See* ECF No. 158, at 2. Following that decision, the only claim remaining against the Federal Official-Capacity Defendants is an alleged First Amendment retaliation claim against TSA and DHS, seeking injunctive and declaratory relief, alleging these agencies have "threat-tagged" Plaintiff in response to a "Facebook post expressing parental concerns about sexualized content displayed at an elementary school," ECF No. 123 ("SAC"), ¶ 1, and are continuing to subject her to additional screening procedures at airports, *see id.* ¶¶ 229, 256-70; *see also* ECF No. 158 at 2 n.1.

We respectfully submit that there is good cause to grant this request. As to the Federal Official Capacity Defendants, the Court's decision regarding the motions to dismiss filed by local, state, and federal defendants requires us to closely analyze the remaining claim against DHS and TSA and confer with Headquarters-level components within the relevant agencies, particularly since Plaintiff's injunctive relief claim could implicate the safety and security of TSA's operations. If the Court grants this request, it will afford us the time necessary to confer with these agencies and provide the Court with a complete answer to the injunctive relief claim against TSA and DHS. Furthermore, this extension will also allow us to continue our Office's efforts to prioritize the handling of an unprecedented volume of emergent immigration habeas petitions alleging unlawful detention.

In the interest of judicial economy and to avoid a piecemeal litigation, counsel for Robert Duff joins in this request to make February 11 the universal answer deadline. We have conferred with Plaintiff's counsel, who graciously consents to this request.

We thank the Court for its consideration of this request.

Respectfully submitted,

TODD BLANCHE
U.S. Deputy Attorney General

JORDAN FOX
Chief of Staff &
Associate Deputy Attorney General
Special Attorney

By: _s/ David Inkeles_
ANDREW BOCCIO
DAVID INKELES
Assistant United States Attorney
*Attorneys for the Federal Defendants*

cc: All Counsel of Record (by ECF)