IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| ANGELA READING,<br>            Plaintiff,<br>v.<br>ROBERT DUFF, et al.<br>            Defendants. | Docket No.<br>1:23−CV−01469−KMW−EAP |

**PLAINTIFF'S MOTION FOR CERTIFICATION OF FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 54(b) AND A STAY OF FURTHER PROCEEDINGS PENDING APPELLATE REVIEW**

**PLEASE TAKE NOTICE** that on a date to be fixed by the Court, and before the Honorable Karen M. Williams, U.S.D.J., Plaintiff Angela Reading, by and through her undersigned Counsel, will move this Court for the following relief:

1. Pursuant to Fed. R. Civ. P. 54(b), certification as a Final Judgment of the Court's January 13, 2026 Order, Dkt. 158, and related Opinion Dkt. 157, dismissing all claims against Defendants Helen Payne, Laurie Doran, Christopher Schilling, Wes Adams, Robert Grimmett, Megan Hall, Nathaniel Lesher, Joseph Vazquez, and Mitchell Wisniewski.

2. Staying further proceedings in this litigation pending appellate review.

Defendant Duff consents to this motion in view of the requested stay, which would serve the purpose of the 54(b) certification. Counsel for the Federal Defendants advises that "We will do our best to obtain the necessary consent prior to the opposition date" on the understanding that such consent would likewise be predicated on an appropriate stay of this litigation. Counsel for Defendant Schilling (in his personal capacity) has indicated the same position and is seeking his client's consent, while Counsel for Defendant Payne is seeking his client's consent based on

discussions between counsel. Counsel for Defendant Doran has not yet advised of his position on the motion.

This motion has been filed pending the consent of all defense counsel due to the need for promptitude.

The grounds for this motion include, as explained in the supporting Memorandum of Law, (1) that there is no just reason for delay of appellate review of the January 13, 2026 Order, which would promote the prompt appellate resolution of the issues presented, including a novel legal issue respecting qualified immunity, (2) settle the status of the parties and claims in this litigation before further proceedings are had, and (3) avoid the risk of duplicative trials and related pre-trial proceedings.

Dated: February 12, 2026

          Respectfully submitted,

          /s/Christopher A. Ferrara
          Christopher A. Ferrara
          Senior Counsel
          THOMAS MORE SOCIETY
          420 Route 46 East, Suite 12
          Fairfield, NJ 07004
          cferrara@thomasmoresociety.org

          Michael G. McHale[†]
          Senior Counsel
          THOMAS MORE SOCIETY
          10506 Burt Circle, Ste. 110
          Omaha, NE 68114
          mmchale@thomasmoresociety.org

          Adam S. Hochschild[†]
          Hochschild Law Firm, LLC
          Special Counsel, Thomas More Society
          P.O. Box 401
          Plainfield, VT 05667
          adam@hochschildlaw.com

          [†] *pro hac vice.*
          *Counsel for Plaintiff Angela Reading*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| ANGELA READING,<br><br>                Plaintiff,<br>v.<br><br>ROBERT DUFF, et al.<br><br>                Defendants. | Docket No.<br>1:23−CV−01469−KMW−EAP |

## CERTIFICATE OF SERVICE

I, Christopher A. Ferrara, Senior Counsel to The Thomas More Society, do hereby certify that on this 12th day of February 2026, this motion was served on all counsel of record by ECF.

Dated: February 12, 2026

/s/Christopher A. Ferrara
Christopher A. Ferrara
Senior Counsel
THOMAS MORE SOCIETY
420 Route 46 East, Suite 12
Fairfield, NJ 07004
cferrara@thomasmoresociety.org